FORM B104 (08/07)                                                                    2007 USBC, Central District of California

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

**RECEIVED**
**NOV 12 2009**
BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Arunpal Sehgal | Sunita Biring, Manmohan S. Biring |

| ATTORNEYS (Firm Name, Address, and Telephone No.) Roy J. Jimenez, Tredway, & Doyle, LLP 1920 Main Street, Suite 1000 Irvine, CA  92614   Tel: 949 756-0684 | ATTORNEYS (If Known) Barry R. Wegman, Law Offices of David A. Tilem 206 N. Jackson Street, Suite 201 Glendale, CA 91206   Tel: 818 507-6000 |
|---|---|

| PARTY (Check One Box Only) | PARTY (Check One Box Only) |
|---|---|
| ☐ Debtor     ☐ U.S. Trustee/Bankruptcy Admin | ☑ Debtor     ☐ U.S. Trustee/Bankruptcy Admin |
| ☑ Creditor   ☐ Other | ☐ Creditor   ☐ Other |
| ☐ Trustee | ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Unlawful detainer action

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**

☐ 11-Recovery of money/property - §542 turnover of property

☐ 12-Recovery of money/property - §547 preference

☐ 13-Recovery of money/property - §548 fraudulent transfer

☒ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**

☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**

☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**

☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**

☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**

☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims

☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud

☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**

☐ 61-Dischargeability - §523(a)(5), domestic support

☐ 68-Dischargeability - §523(a)(6), willful and malicious injury

☐ 63-Dischargeability - §523(a)(8), student loan

☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)

☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**

☐ 71-Injunctive relief – imposition of stay

☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**

☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**

☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**

☐ 01-Determination of removed claim or cause

**Other**

☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.

☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☑ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand  $  10,000.00 |

**Other Relief Sought**
The Complaint seeks recovery of possession of real property.

FORM B104 (08/07), page 2                                                                    2007 USBC, Central District of California

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| **NAME OF DEBTOR** <br> Manmohan S. Biring | **BANKRUPTCY CASE NO.** <br> 2:07-21006 SB | |
| **DISTRICT IN WHICH CASE IS PENDING** <br> Central | **DIVISIONAL OFFICE** <br> Los Angeles | **NAME OF JUDGE** <br> Bufford |

| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
|---|---|---|
| **PLAINTIFF** <br> Arunpal Sehgal | **DEFENDANT** <br> Sunita Biring | **ADVERSARY PROCEEDING NO.** <br> 2:09-ap-01309 SB |
| **DISTRICT IN WHICH ADVERSARY IS PENDING** <br> Central | **DIVISIONAL OFFICE** <br> Los Angeles | **NAME OF JUDGE** <br> Bufford |

| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | |
|---|---|
| **DATE** <br> 11/11/09 | **PRINT NAME OF ATTORNEY (OR PLAINTIFF)** <br> Barry R. Wegman |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.

FORM B104 (08/07), page 2                                                        2007 USBC, Central District of California

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| **NAME OF DEBTOR**<br>Manmohan S. Biring | | **BANKRUPTCY CASE NO.**<br>2:07-21006 SB |
| **DISTRICT IN WHICH CASE IS PENDING**<br>Central | **DIVISIONAL OFFICE**<br>Los Angeles | **NAME OF JUDGE**<br>Bufford |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | |
| **PLAINTIFF**<br>Manmohan S. Biring and Sunita Biring | **DEFENDANT**<br>Arunpal Sehgal | **ADVERSARY PROCEEDING NO.**<br>2:09-ap-02502 SB |
| **DISTRICT IN WHICH ADVERSARY IS PENDING**<br>Central | **DIVISIONAL OFFICE**<br>Los Angeles | **NAME OF JUDGE**<br>Bufford |
| **SIGNATURE OF ATTORNEY (OR PLAINTIFF)** | | |
| **DATE**<br>11/11/09 | **PRINT NAME OF ATTORNEY (OR PLAINTIFF)**<br>Barry R. Wegman | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendents.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.

1  Barry R. Wegman (Bar No. 127356)
   LAW OFFICES OF DAVID A. TILEM
2  206 North Jackson Street, Suite 201
   Glendale, California 91206
3  Telephone:(818) 507-6000
   Facsimile:(818) 507-6800
4
   Attorneys for Defendant Sunita Biring and
5  Manmohan S. Biring

```
FILED

NOV 12 2009

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk
```

6

7

8                    **UNITED STATES BANKRUPTCY COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

                          **LOS ANGELES DIVISION**
10
   In re:                          )  Case No. 2:07-21006-SB
11                                  )
   **MANMOHAN S. BIRING,**          )  Chapter 7
12                                  )
              Debtor.              )
13   _____       )
   **ARUNPAL SEHGAL,**              )  Adv No.
14                                  )
                  Plaintiff,       )
15                                  )  **NOTICE OF REMOVAL OF STATE COURT**
   vs.                              )  **ACTION**
16                                  )
   **SUNITA BIRING, MANMOHAN S.**   )
17   **BIRING**                      )
                                    )
18              Defendants.         )
   _____         )
19
   TO SAMUEL L. BUFFORD, U.S. BANKRUPTCY JUDGE, ARUNPAL SEGHAL, AND
20
   HIS COUNSEL OF RECORD:
21
        NOTICE IS HEREBY GIVEN of removal of the California State
22
   Court action entitled *ARUNPAL SEHGAL* vs. *SUNITA BIRING, MANMOHAN S.*
23
   *BIRING* filed in the California Superior Court for the County of Los
24
   Angeles bearing the case number 09U00790. An appendix of all
25
   records and proceedings in the California state court action is
26
   being filed concurrently with this notice.
27
   ///
28

ORIGINAL

1       The removed action involves an unlawful detainer action in
2   which Plaintiff seeks recovery of property of the Debtor. Plaintiff
3   participated in a refinance of the property which included placing
4   title in his name, with Defendants making mortgage and property tax
5   payments directly to the lender and County Assessor. Defendants
6   maintain a beneficial interest in the property which is addressed
7   in related adversary entitled Biring v. Sehgal bearing case number
8   2:09-02502-SB. The unlawful detainer action was commenced without
9   seeking relief from the automatic stay.

10       The State Court action is an action that may be removed to the
11   bankruptcy court pursuant to 28 U.S.C. Section 1452(a).

12       An index of excerpts of record of removed state court action
13   is being filed concurrently.

14   Dated: November 11, 2009              LAW OFFICES OF DAVID A. TILEM

15

16

17                             By:
                               Barry R. Wegman, attorney
18                                  for Defendants Sunita
                               Biring, Manmohan S. Biring
19

20

21

22

23

24

25

26

27

28

1

INDEX OF EXCERPTS OF RECORD

2

3

**Doc.    # Name of Document**

4      1      Summons

5      2      Complaint-Unlawful Detainer

6      3      Notice of Bankruptcy Filing and Automatic Stay

7      4      Ex Parte Application to Set Trial Date

8      5      Declaration of Monica Taormina Re: Ex Parte Notice

9      6      Proposed Order

10     7      Opposition to Ex Parte Application to Set Trial
              Date

11     8      Minute Order and Clerk's Notice of Ruling

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| In re: Seghal v. Sunita Biring and Manmohan Biring | CHAPTER: 7 |
| --- | --- |
| Debtor(s). | CASE NUMBER: None Assigned Yet |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
206 N. Jackson Street, Suite 201
Glendale, CA 91206

A true and correct copy of the foregoing document described as  NOTICE OF REMOVAL OF STATE COURT ACTION
_____ will be served or was
served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  11/11/09 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Roy J. Jimenez
Tredway, Lumsdaine & Doyle, LLP
1920 Main Street, Suite 1000
Irvine, CA 92614

Honorable Samuel L. Bufford
United States Bankruptcy Court
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/11/09 | Malissa Murguia | _Malissa Murguia_ |
| --- | --- | --- |
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          F 9013-3.1

1  Barry R. Wegman (Bar No. 127356)
   LAW OFFICES OF DAVID A. TILEM
2  206 North Jackson Street, Suite 201
   Glendale, California 91206
3  Telephone:(818) 507-6000
   Facsimile:(818) 507-6800
4
   Attorneys for Defendant Sunita Biring and
5  Manmohan S. Biring

6

7                 UNITED STATES BANKRUPTCY COURT

8                 CENTRAL DISTRICT OF CALIFORNIA

9                    LOS ANGELES DIVISION

10 In re:                        ) Case No. 2:07-21006-SB
                                  )
11 **MANMOHAN S. BIRING,**        ) Chapter 7
                                  )
12              Debtor.           )
                                  )
13 ─────────────────────────────  )
   **ARUNPAL SEHGAL,**            ) Adv No.
14                                )
                  **Plaintiff,**  )
15                                ) **INDEX OF EXCERPTS OF RECORD**
   **vs.**                        )
16                                )
   **SUNITA BIRING, MANMOHAN S.** )
17 **BIRING**                     )
                                  )
18               **Defendants.**  )
   ─────────────────────────────  )
19

20

21

22

23

24

25

26

27

28

COPY

**SUMMONS**
*(CITACIÓN JUDICIAL)*
**UNLAWFUL DETAINER—EVICTION**
*(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)*

SUM-130

> FOR COURT USE ONLY
> *(SOLO PARA USO DE LA CORTE)*

**ORIGINAL FILED**

OCT 05 2009

LOS ANGELES
SUPERIOR COURT
NORTHEAST DISTRICT

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
SUNITA BIRING; MANMOHAN S. BIRING, DOES 1 through 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

ARUNPAL SEHGAL

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| 1. The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>SUPERIOR COURT, COUNTY OF LOS ANGELES<br>300 E. Walnut Street<br>Pasadena, CA 91101<br><br>PASADENA COURTHOUSE | CASE NUMBER:<br>*(Número del caso):* **09U00790** |

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
ROY J. JIMENEZ (SBN: 192089)                                    (949) 756-0684
PAMELA TAHIM (SBN: 239717)                                     (949) 756-0596
TREDWAY, LUMSDAINE & DOYLE LLP
1920 Main Street, Suite 1000, Irvine, CA 92614

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) ☐ did not ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

| | | | |
|---|---|---|---|
| Date: OCT 05 2009<br>*(Fecha)* | JOHN A. CLARKE | Clerk, by **Sylvia Martinez**<br>*(Secretario)* | , Deputy<br>*(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☒ as an occupant
   d. ☐ on behalf of *(specify):*
      under: ☐ CCP 416.10 (corporation)            ☐ CCP 416.60 (minor)
             ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
             ☐ CCP 415.46 (occupant)               ☐ other *(specify):*

5. ☐ by personal delivery on *(date):*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Code of Civil Procedure §§ 412.20, 415.456, 1167

Legal Solutions Plus

SUM-130

| PLAINTIFF *(Name):* ARUNPAL SEHGAL | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):* SUNITA BIRING; MANMOHAN S. BIRING, DOES 1 through 10, inclusive | |

6. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advise for pay from an unlawful detainer assistant):*

    a. Assistant's name:

    b. Telephone no.:

    c. Street address, city, and zip:

    d. County of registration:

    e. Registration no.:

    f. Registration expires on *(date):*

COPY

UD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| ROY J. JIMENEZ (SBN: 192089)<br>PAMELA TAHIM (SBN: 239717)<br>TREDWAY, LUMSDAINE & DOYLE LLP<br>1920 Main Street, Suite 1000<br>Irvine, CA 92614<br>TELEPHONE NO. (949) 756-0684  FAX NO. (Optional): (949) 756-0596<br>E-MAIL ADDRESS (Optional): ptahim@tldlaw.com<br>ATTORNEY FOR (Name): ARUNPAL SEHGAL | **ORIGINAL FILED**<br><br>OCT 0 5 2009<br><br>LOS ANGELES<br>SUPERIOR COURT<br>NORTHEAST DISTRICT |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  LOS ANGELES
STREET ADDRESS:  300 E. Walnut Street
MAILING ADDRESS:
CITY AND ZIP CODE:  Pasadena, CA 91101
BRANCH NAME:  PASADENA COURTHOUSE

PLAINTIFF:  ARUNPAL SEHGAL

DEFENDANT:  SUNITA BIRING; MANMOHAN S. BIRING

[ X ]  DOES 1 TO 10, inclusive

| COMPLAINT — UNLAWFUL DETAINER* | CASE NUMBER: |
|---|---|
| [ X ] COMPLAINT   [ ] AMENDED COMPLAINT (Amendment Number): | 09U00790 |

Jurisdiction (check all that apply):

[ X ]  ACTION IS A LIMITED CIVIL CASE
    Amount demanded  [ ]  does not exceed $10,000
                [ X ]  exceeds $10,000 but does not exceed $25,000
[ ]  ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $25,000)
[ ]  ACTION IS RECLASSIFIED by this amended complaint or cross-complaint  (check all that apply):
    [ ]  from unlawful detainer to general unlimited civil (possession not in issue)    [ ]  from limited to unlimited
    [ ]  from unlawful detainer to general limited civil (possession not in issue)    [ ]  from unlimited to limited

1. PLAINTIFF (name each):  ARUNPAL SEHGAL

  alleges causes of action against DEFENDANT (name each):  SUNITA BIRING; MANMOHAN S. BIRING;  DOES 1 through 10

2. a.  Plaintiff is  (1) [ X ]  an individual over the age of 18 years.    (4) [ ]  a partnership.
             (2) [ ]  a public agency.    (5) [ ]  a corporation.
             (3) [ ]  other (specify):

  b. [ ]  Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of (specify):

3. Defendant named above is in possession of the premises located at (street address, apt. no., city, zip code, and county):
  1582 Charlton Road, San Marino, California 91108

4. Plaintiff's interest in the premises is  [ X ]  as owner    [ ]  other (specify):
5. The true names and capacities of defendants sued as Does are unknown to plaintiff.
6. a. On or about (date):  August 25, 2005    defendant (name each):  SUNITA BIRING; MANMOHAN S. BIRING;  DOES 1 through 10

    (1) agreed to rent the premises as a  [ X ]  month-to-month tenancy  [ ]  other tenancy (specify):
    (2) agreed to pay rent of $ _____  payable  [ ]  monthly  [ ]  other (specify frequency):
    (3) agreed to pay rent  on the  [ ]  first of the month  [ ]  other day (specify):
  b. This  [ ]  written  [ X ]  oral  agreement was made with
    (1) [ X ]  plaintiff.    (3) [ ]  plaintiff's predecessor in interest.
    (2) [ ]  plaintiff's agent.    (4) [ ]  other (specify):

*NOTE:  Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

| Form Approved for Optional Use<br>Judicial Council of California<br>UD-100 [Rev. July 1, 2005] | COMPLAINT—UNLAWFUL DETAINER | Legal<br>Solutions<br>Plus | Civil Code, § 1940 et seq.<br>Code of Civil Procedure §§ 425.12, 1166 |

| PLAINTIFF *(Name):*  ARUNPAL S. _GAL | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):*  SUNITA BIRING; MANMOHAN S. BIRING | |

6. c. ☐ The defendants not named in item 6a are
    (1) ☐ subtenants.
    (2) ☐ assignees.
    (3) ☐ other *(specify):*

  d. ☐ The agreement was later changed as follows *(specify):*

  e. ☐ A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. *(Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)*

  f. ☒ *(For residential property)* A copy of the written agreement is **not** attached because *(specify reason):*
    (1) ☒ the written agreement is not in the possession of the landlord or the landlord's employees or agents.
    (2) ☐ this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. ☒ a. Defendant *(name each):*  SUNITA BIRING; MANMOHAN S. BIRING;  DOES 1 through 10

    was served the following notice on the same date and in the same manner:
    (1) ☐ 3-day notice to pay rent or quit    (4) ☐ 3-day notice to perform covenants or quit
    (2) ☐ 30-day notice to quit    (5) ☐ 3-day notice to quit
    (3) ☒ 60-day notice to quit    (6) ☐ Other *(specify):*

  b. (1) On *(date):*  September 30, 2009    the period stated in the notice expired at the end of the day.
    (2) Defendants failed to comply with the requirements of the notice by that date.

  c. All facts stated in the notice are true.

  d. ☐ The notice included an election of forfeiture.

  e. ☒ A copy of the notice is attached and labeled Exhibit 2. *(Required for residential property. See Code Civ. Proc., § 1166.)*

  f. ☐ One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c. *(Check item 8c and attach a statement providing the information required by items 7a–e and 8 for each defendant.)*

8. a. ☒ The notice in item 7a was served on the defendant named in item 7a as follows:
    (1) ☒ by personally handing a copy to defendant on *(date):* August 1, 2009
    (2) ☐ by leaving a copy with *(name or description):*
      a person of suitable age and discretion, on *(date):*    at defendant's
      ☐ residence ☐ business  AND mailing a copy to defendant at defendant's place of residence on
      *(date):*    because defendant cannot be found at defendant's residence or usual place of business.
    (3) ☒ by posting a copy on the premises on *(date):* August 1, 2009  ☒ AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises on
      *(date):* August 1, 2009
      (a) ☐ because defendant's residence and usual place of business cannot be ascertained OR
      (b) ☐ because no person of suitable age or discretion can be found there.
    (4) ☐ *(Not for 3-day notice; see Civil Code, § 1946 before using)* by sending a copy by certified or registered mail addressed to defendant on *(date):*
    (5) ☐ *(Not for residential tenancies; see Civil Code, § 1953 before using)* in the manner specified in a written commercial lease between the parties.

  b. ☐ *(Name):*
    was served on behalf of all defendants who signed a joint written rental agreement.

  c. ☐ Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.

  d. ☒ Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

---

| PLAINTIFF *(Name)*: ARUNPAL SEHGAL | CASE NUMBER: |
| DEFENDANT *(Name)*: SUNITA BIRING; MANMOHAN S. BIRING | |

9. ☐ Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.
10. ☐ At the time the 3-day notice to pay rent or quit was served, the amount of rent due was $
11. ☐ The fair rental value of the premises is $ _____ per day.
12. ☐ Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 12.)*
13. ☐ A written agreement between the parties provides for attorney fees.
14. ☐ Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*

Plaintiff has met all applicable requirements of the ordinances.
15. ☐ Other allegations are stated in Attachment 15.
16. Plaintiff accepts the jurisdictional limit, if any, of the court.
17. **PLAINTIFF REQUESTS**
   a. possession of the premises.
   b. costs incurred in this proceeding:
   c. ☐ past-due rent of $
   d. ☐ reasonable attorney fees.
   e. ☐ forfeiture of the agreement.
   f. ☐ damages at the rate stated in item 11 from *(date):* _____ for each day that defendants remain in possession through entry of judgment.
   g. ☐ statutory damages up to $600 for the conduct alleged in item 12.
   h. ☐ other *(specify):*

18. ☐ Number of pages attached *(specify):* _____

**UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400–6415)**

19. *(Complete in all cases.)* An unlawful detainer assistant ☒ did not ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, state):*

a. Assistant's name:
b. Street address, city, and zip code:

c. Telephone No.:
d. County of registration:
e. Registration No.:
f. Expires on *(date)*

Date: October 2, 2009

ROY J. JIMENEZ/PAMELA TAHIM
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**VERIFICATION**

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*
I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 1, 2009

ARUNPAL SEHGAL
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF)

#0525 P.003/003          91:60  6002/20/01
10/02/2009  08:15          #0525 P.003/003

EXHIBIT "2"

## NOTICE OF WITHDRAWAL OF THREE (3) DAY NOTICE TO QUIT

Landlord hereby withdraws the three (3) day notice to quit served on July 23, 2009. Instead, Landlord provides a sixty (60) day notice to terminate tenancy.

## SIXTY (60) DAY NOTICE TO TERMINATE TENANCY

TO:   Manmohan Singh Biring and Sunita Biring
        All Others in Possession
        1582 Charlton Road
        San Marino, CA 91108-1912

TAKE NOTICE, that your tenancy of the hereinafter described premises is hereby terminated as of the date **sixty (60) days** after the service of this NOTICE upon you and that you are hereby required to quit and surrender possession thereof to the undersigned or to an authorized agent to receive the same on or before the date **sixty (60) days** after the service of this NOTICE upon you.

The premises of which you are required to surrender possession is situated in the city of San Marino, county of Los Angeles, state of California, designated by the number and street as 1582 Charlton Road.

If you fail to comply with the terms of this notice, legal proceedings will be instituted against you to declare the forfeiture of the lease or rental agreement under which you occupy the hereinabove described property and to recover possession of said premises, to recover court costs, attorney fees as permitted by law, and you may be liable for additional statutory damages up to six hundred dollars ($600), in accordance with Code of Civil Procedure section 1174, subdivision (b), as a result of your failure to comply with the terms of this notice.

This is intended as a **sixty (60) day** legal notice for the purpose of terminating your tenancy aforesaid in accordance with the Civil Code section 1946.1.

Dated: July 27, 2009

Pamela Tahim
Landlord Arunpal Sehgal's Agent

OC/108450 24973-004

# EXHIBIT "3"

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| PAMELA K. TAHIM, ESQ., Bar #239717<br>TREDWAY, LUMSDAINE & DOYLE<br>1920 MAIN STREET<br>SUITE 1000<br>IRVINE, CA 92614<br>Telephone No: 949-756-0684  FAX No: 949-756-0596 | | |
| Attorney for: | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: | | |

| **PROOF OF SERVICE**<br>**NOTICE OF WITHDRAWAL** | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Notice Of Withdrawal Of Three (3) Day Notice To Quit; Sixty (60) Day Notice To Terminate Tenancy.

*3. a. Party served:*  Manmohan Singh Biring
   *b. Person served:*  Personally Served

*4. Address where the party was served:*  1582 Charlton Road
                                 SAN MARINO, CA 91108

*5. I served the party:*
   *d. by other means* On: Sat., Aug. 01, 2009 at: 3:55PM by Posting and Mailing:
                              party in item 3
   (1) (Business) by Posting and Mailing:
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the
       copies were left (Code Civ. Proc., 415.20). I mailed the document on: Sat., Aug. 01, 2009 from: LOS ANGELES, CA

*7. Person Who Served Papers:*                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CATHY JO GARCIA            *d. The Fee for Service was:* $74.00

                           *e. I am: (3) registered California process server*

**First Legal Support Services** sm           *(i)* Independent Contractor
   ATTORNEY SERVICES                   *(ii) Registration No.:*   5882
   1511 BEVERLY BOULEVARD          *(iii) County:*         Los Angeles
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue, Aug. 04, 2009

                 PROOF OF SERVICE
                NOTICE OF WITHDRAWAL        (CATHY JO GARCIA)
                                   7503822;kc.pamta.228821

| Attorney or Party without Attorney:<br>PAMELA K. TAHIM, ESQ., Bar #239717<br>TREDWAY, LUMSDAINE & DOYLE<br>1920 MAIN STREET<br>SUITE 1000<br>IRVINE, CA 92614<br>Telephone No: 949-756-0684      FAX No: 949-756-0596 | | | | For Court Use Only |
| Attorney for: | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| **PROOF OF SERVICE**<br>**NOTICE OF WITHDRAWAL** | Hearing Date: | Time: | Dept/Div: | Case Number: |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Notice Of Withdrawal Of Three (3) Day Notice To Quit; Sixty (60) Day Notice To Terminate Tenancy.

| *3. a. Party served:* | Sunita Biring |
|---|---|
| *b. Person served:* | Personally Served |

*4. Address where the party was served:*        1582 Charlton Road
                                                SAN MARINO, CA 91108

*5. I served the party:*
    d. **by other means** On: Sat., Aug. 01, 2009 at: 3:55PM by Posting and Mailing:
        party in item 3
    (1) **(Business)** by Posting and Mailing:
    (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the
        copies were left (Code Civ. Proc., 415.20). I mailed the document on: Sat., Aug. 01, 2009 from: LOS ANGELES, CA

**7. *Person Who Served Papers:***                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. CATHY JO GARCIA                        d.   *The Fee for Service was:*     $28.00

    **First Legal Support Services** ℠        e.   I am: (3) registered California process server
    ATTORNEY SERVICES                              *(i)*   Independent Contractor
    1511 BEVERLY BOULEVARD                         *(ii)   Registration No.:*     5882
    Los Angeles, CA 90026                          *(iii) County:*               Los Angeles
    (213) 250-1111, FAX (213) 250-1197

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    Date:Tue, Aug. 04, 2009

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| PAMELA K. TAHIM, ESQ., Bar #239717<br>TREDWAY, LUMSDAINE & DOYLE<br>1920 MAIN STREET<br>SUITE 1000<br>IRVINE, CA 92614<br>Telephone No: 949-756-0684     FAX No. 949-756-0596 | | |
| Attorney for: | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: | | |

| **PROOF OF SERVICE**<br>**NOTICE OF WITHDRAWAL** | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Notice Of Withdrawal Of Three (3) Day Notice To Quit; Sixty (60) Day Notice To Terminate Tenancy.

3. *a. Party served:*
   *b. Person served:*

    ALL OTHER OCCUPANTS, TENANTS AND SUBTENANTS IN POSSESSION
   Manmohan Biring, Person-In-Charge

4. *Address where the party was served:*
   1582 Charlton Road
   SAN MARINO, CA 91108

5. *I served the party:*
   d. by other means On: Sat., Aug. 01, 2009 at: 3:55PM by Posting and Mailing:
                   party in item 3

   (1) **(Business)** by Posting and Mailing:
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the
       copies were left (Code Civ. Proc., 415.20). I mailed the document on: Sat., Aug. 01, 2009  from: LOS ANGELES, CA

7. *Person Who Served Papers:*
   a. CATHY JO GARCIA

   **First Legal Support Services** ℠
       ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*   $28.00
   e. I am: (3) registered California process server
         (i)  Independent Contractor
         *(ii)  Registration No.:*   5882
         *(iii)  County:*   Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Tue, Aug. 04, 2009

         PROOF OF SERVICE
         NOTICE OF WITHDRAWAL
         (CATHY JO GARCIA)
         363824;kc.pamla.228824

1  David A. Tilem (Bar No. 103825)
   Barry R. Wegman (Bar No. 127356)
2  LAW OFFICES OF DAVID A. TILEM
   206 North Jackson Street, Suite 201
3  Glendale, California 91206
   Telephone:(818) 507-6000
4  Facsimile:(818) 507-6800

**ORIGINAL FILED**

OCT 1 4 2009

LOS ANGELES
SUPERIOR COURT
NORTHEAST DISTRICT

5  Attorneys for Debtor Manmohan S. Biring and Sunita Biring

6

7

8                    **SUPERIOR COURT OF CALIFORNIA**

9                       **COUNTY OF LOS ANGELES**

10

11  ARUNPAL SEHGAL,                    ) Case No. 09U00790
                                       )
12              Plaintiff,             )
                                       ) **NOTICE OF BANKRUPTCY FILING AND**
13  vs.                                ) **AUTOMATIC STAY; DECLARATION OF**
                                       ) **BARRY R. WEGMAN**
14  SUNITA BIRING; MANMOHAN S.         )
    BIRING, DOES 1 TO 10, inclusive,   )
15                                     )
                Defendants.            )
16                                     )
                                       )
17  _____)
                                       )

18      **NOTICE IS HEREBY GIVEN** that on November 28, 2007, Defendant

19  and Debtor Manmohan S. Biring filed a Petition Under Chapter 7 of

20  the Bankruptcy Code in the United States Bankruptcy Court for the

21  Central District of Los Angeles, Case No. 2:07-21006-SB.  A true

22  and correct copy of the Notice of Petition is attached hereto as

23  Exhibit A.

24      On or about September 10, 2007 Plaintiff filed an earlier

25  unlawful detainer action entitled Arunpal Sehgal v Manmohan (Mo)

26  Singh Biring, Sunita Biring, Does 1 to 10 bearing case number

27  07U00576.  Plaintiff sought relief from the automatic stay to

28  continue and pursue his remedies in the State Court on that action.

02103.01 NtcofBKFiling.wpd                    1

1 | After a hearing on April 2, 2008, the honorable Samuel Bufford,

2 | Judge of the U.S. Bankruptcy Court denied Plaintiff's motion for

3 | relief from stay.  No other relief from stay motion was brought by

4 | Plaintiff, Arunpal Sehgal.

5 |    Pursuant to 11 U.S.C. §362(a), the above-entitled action is

6 | stayed.

7 | Dated: October 13, 2009         LAW OFFICES OF DAVID A. TILEM

9 |                                 By: _____
                                        Barry K. Wegman, Attorney for
10 |                                      Debtor Manmohan S. Biring

12103-01 NtceofBKFiling.wpd                    2

**DECLARATION OF BARRY R. WEGMAN**

I, Barry R. Wegman, declare:

1.   That I am an attorney duly licensed to practice before all the Courts of the State of California and a member of the Law Offices of David A. Tilem, counsel for Debtor Manmohan S. Biring in his Chapter 7 bankruptcy case filed in the U.S. Bankruptcy Court for the Central District of California entitled: In re Manmohan Singh Biring bearing case number 2:07-21006-SB filed on November 28, 2007.  The matters stated herein below are known to me on personal knowledge and if called to testify thereto, I could do so competently and under oath.

2.   Attached as Exhibit A is a true and correct copy of the Notice of Bankruptcy Case Filing I personally downloaded from PACER.

3.   Plaintiff Arunpal Sehgal had already filed an unlawful detainer action against the Debtor on September 10, 2007 entitled Arunpal Sehgal v Manmohan Singh Biring, Sunita Biring, Does 1 to 10, bearing case number 07U00576 (the "Earlier UD").

4.   When the Debtor filed his bankruptcy, it had the effect of imposing the automatic stay under 11 U.S.C. § 362, which stayed the Earlier UD.

5.   Plaintiff brought a motion for relief from the stay or alternatively that no stay was in effect.  It was my responsibility to respond and oppose that motion, which I did.  The hearing on the motion was held on April 2, 2008 before the honorable Samuel Bufford, U.S. Bankruptcy Judge.  At that time the Court denied relief from the automatic stay.  Attached as Exhibit B is a true and correct partial docket from the Bankruptcy Case from

1  commencement on November 28, 2007 through April 3, 2008 showing the
2  entry of Plaintiff's motion, docket item #20 on Bates Stamp No. 12,
3  and the disposition by the Court, items number 50 and 51 on Bates
4  Stamp No. 17.

5      6.  No further or other motion for relief has been sought by
6  Plaintiff Arunpal Sehgal and none has been granted.  The bankruptcy
7  case remains pending and the stay remains in place.

8      Executed this 13th day of October, 2009 at Glendale,
9  California.

10     I declare under penalty of perjury that the foregoing is true
11 and correct.

14                                        Barry K. Wegman

005

**EXHIBIT A**

United States Bankruptcy Court
Central District Of California

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was
filed under Chapter 7 of the United States Bankruptcy Code,
entered on 11/28/2007 at 2:23 PM and filed on 11/28/2007.

**FILED**

**11/28/2007**

**2:23 PM**

**Manmohan Singh Biring**
1582 Charlton Road
San Marino, CA 91105
SSN / ITIN: xxx-xx-5467

The case was filed by the debtor's attorney:          The bankruptcy trustee is:

**David A Tilem**                                      **Sam S Leslie**
Law Offices of David A Tilem                           Leslie, Engell & Associates LLP
206 N Jackson St Ste 201                               6310 San Vicente Blvd., Suite 320
Glendale, CA 91206                                     Los Angeles, CA 90048
818-507-6000                                           (323) 549-6900

The case was assigned case number 2:07-bk-21006-SB to Judge Samuel L. Bufford.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other
actions against the debtor and the debtor's property. Under certain circumstances, the stay may be
limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a
stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may
be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are
available at our *Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 255 East Temple
Street,, Los Angeles, CA 90012.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting
forth important deadlines.

**Jon D. Ceretto**
**Clerk, U.S. Bankruptcy**
**Court**

**PACER Service Center**

006

CM/ECF - U.S. Bankruptcy Court (v3.3.1 - LIVE)                    https://ecf.cacb.uscourts.gov/cgi-bin/NoticeOfFiling.pl?98285

| Transaction Receipt | | | |
|---|---|---|---|
| 10/12/2009 16:36:49 | | | |
| **PACER Login:** | dt0398 | **Client Code:** | 02103 |
| **Description:** | Notice of Filing | **Search Criteria:** | 2:07-bk-21006-SB |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

007

008

**EXHIBIT B**

CM/ECF - U.S. Bankruptcy Court (v3.3.1 - LIVE)          https://ecf.cacb.uscourts.gov/cgi-bin/DktRpt.pl?946897399155398-...

**Incomplete, 727OBJ, DEFER, NoFeeRequired**

# U.S. Bankruptcy Court
## Central District Of California (Los Angeles)
### Bankruptcy Petition #: 2:07-bk-21006-SB

*Date filed:* 11/28/2007

*Assigned to:* Samuel L. Bufford
Chapter 7
Voluntary
Asset

| | |
|---|---|
| **Debtor** | represented by **Barry R Wegman** |
| **Manmohan Singh Biring** | Law Offices of David A Tilem |
| 1582 Charlton Road | 206 N Jackson St Ste 201 |
| San Marino, CA 91105 | Glendale, CA 91206 |
| SSN / ITIN: xxx-xx-5467 | 818-507-6000 |
| | Fax : 818-507-6800 |
| | Email: |
| | barrywegman@tilemlaw.com |
| | |
| | **David A Tilem** |
| | Law Offices of David A Tilem |
| | 206 N Jackson St Ste 201 |
| | Glendale, CA 91206 |
| | 818-507-6000 |
| | Fax : 818-507-6800 |
| | Email: |
| | davidtilem@tilemlaw.com |

| | |
|---|---|
| **Trustee** | represented by **Carolyn A Dye** |
| **Sam S Leslie** | 3435 Wilshire Blvd Ste 1045 |
| Leslie, Engell & Associates LLP | Los Angeles, CA 90010 |
| 6310 San Vicente Blvd., Suite 320 | 213-368-5000 |
| Los Angeles, CA 90048 | Email: trustee@cadye.com |
| (323) 549-6900 | |

*U.S. Trustee*
**United States Trustee (LA)**
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

| Filing Date | # | Docket Text |
|---|---|---|

609

| | | |
|---|---|---|
| 11/28/2007 | 1 | Chapter 7 Voluntary Petition . Fee Amount $299 Filed by Manmohan Singh Biring Section 316 Incomplete Filings due by 1/12/2008. Schedule A due 12/13/2007. Schedule B due 12/13/2007. Schedule C due 12/13/2007. Schedule D due 12/13/2007. Schedule E due 12/13/2007. Schedule F due 12/13/2007. Schedule G due 12/13/2007. Schedule H due 12/13/2007. Schedule I due 12/13/2007. Schedule J due 12/13/2007. Statement of Financial Affairs due 12/13/2007. Employee Income Record due by 12/13/2007. Summary of schedules due 12/13/2007. Declaration concerning debtors schedules due 12/13/2007. Statistical Summary due 12/13/2007. Incomplete Filings due by 12/13/2007.Appointment of health care ombudsman due by 12/28/2007 (Tilem, David) CORRECTION: Deficient for Electronic Filings Declaration due 12/13/2007. Modified on 11/29/2007 (Mcguire, Debra). (Entered: 11/28/2007) |
| 11/28/2007 | | Receipt of Voluntary Petition (Chapter 7)(2:07-bk-21006) [misc,volp7] ( 299.00) Filing Fee. Receipt number 3799153. Fee amount 299.00. (U.S. Treasury) (Entered: 11/28/2007) |
| 11/28/2007 | 3 | First Meeting of Creditors with 341(a) meeting to be held on 12/28/2007 at 10:00 AM at RM 101, 725 S Figueroa St., Los Angeles, CA 90017. Proof of Claim due by 03/27/2008. (Tilem, David) (Entered: 11/28/2007) |
| 11/28/2007 | 2 | Certificate of Credit Counseling Filed by Debtor Manmohan Singh Biring. (Tilem, David) (Entered: 11/28/2007) |
| 12/01/2007 | 4 | BNC Certificate of Mailing. (RE: related document(s) 3 , Meeting (AutoAssign Chapter 7ba)) No. of Notices: 7. Service Date 12/01/2007. (Admin.) (Entered: 12/01/2007) |
| 12/06/2007 | 5 | Notice of Requirement to Complete Course in Financial Management (BNC) . (Mcguire, Debra) (Entered: 12/06/2007) |
| 12/07/2007 | 8 | Declaration Re: Electronic Filing Filed by Debtor Manmohan Singh Biring . (Collins, Kim S.) (Entered: 12/12/2007) |
| 12/08/2007 | 6 | BNC Certificate of Mailing. (RE: related document(s) 5 , Notice of Requirement to Complete Course in Financial Management (BNC)) No. of Notices: 4. Service Date 12/08/2007. (Admin.) (Entered: 12/08/2007) |
| 12/10/2007 | 7 | Motion to Extend Deadline to File Schedules or Provide Required Information Filed by Debtor Manmohan Singh Biring (Tilem, David) (Entered: 12/10/2007) |

610

CM/ECF - U.S. Bankruptcy Court (v3.3.1 - LIVE)                    https://ecf.cacb.uscourts.gov/cgi-bin/DktRpt.pl?946897399155398-

| | | |
|---|---|---|
| 12/12/2007 | 9 | Schedule A , Schedule B , Schedule C , Schedule G , Schedule H , Schedule I , Schedule J Filed by Debtor Manmohan Singh Biring (RE: related document(s) 1 , Voluntary Petition (Chapter 7)). (Tilem, David) (Entered: 12/12/2007) |
| 12/13/2007 | 10 | Notice of Appearance and Request for Notice *and Request for Inclusion on Master Mailing List* by David K Eldan Filed by Creditor Object Factory, LLC and Joseph Cash. (Eldan, David) (Entered: 12/13/2007) |
| 12/13/2007 | 11 | Statement of Financial Affairs Filed by Debtor Manmohan Singh Biring (RE: related document(s) 1 , Voluntary Petition (Chapter 7)). (Tilem, David) (Entered: 12/13/2007) |
| 12/14/2007 | 12 | Schedule H *Amended* Filed by Debtor Manmohan Singh Biring (RE: related document(s) 1 , Voluntary Petition (Chapter 7)). (Tilem, David) (Entered: 12/14/2007) |
| 12/19/2007 | | Receipt of Motion Filing Fee - $150.00 by SP. Receipt Number 20034575. (admin) (Entered: 12/20/2007) |
| 12/19/2007 | 13 | Notice of Motion and Motion in Individual Case for Order Confirming Termination of Stay under 11 U.S.C. 362(j) or That No Stay is in Effect under 11 U.S.C. 362(c)(4)(A)(ii) 1582 Charlton Road, San Marino, CA 91108 . Receipt Number 0, Fee Amount $150, Filed by Creditor Arunpal Sehgal (Attachments: # 1 2-2) (Garcia, Elaine L.) (Entered: 12/20/2007) |
| 12/19/2007 | 14 | Application shortening time for hearing on motion for relief from stay Filed by Creditor Arunpal Sehgal (Garcia, Elaine L.) (Entered: 12/20/2007) |
| 12/20/2007 | 15 | Order Denying Application for shortening of time for hearing on motion for relief from stay; Signed on 12/20/2007 (RE: related document(s) 14 , Application shortening time filed by Creditor Arunpal Sehgal). (Garcia, Elaine L.) (Entered: 12/21/2007) |
| 12/26/2007 | 16 | Adversary case 2:07-ap-01923. Complaint by Obect Factory LLC , Joseph Cash against Mahnohan (Mo) Singh Biring , Sunita Biring , Arunpal Sehgal . Receipt Number O, Fee Amount $250 Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) (Moulton, Sheila) (Entered: 12/26/2007) |
| 01/02/2008 | 17 | Amendment to List of Creditors. Fee Amount $26 Filed by Debtor Manmohan Singh Biring. (Tilem, David) (Entered: 01/02/2008) |

011

CM/ECF - U.S. Bankruptcy Court (v3.3.1 - LIVE)                    https://ecf.cacb.uscourts.gov/cgi-bin/DktRpt.pl?946897399155398-

| | | |
|---|---|---|
| 01/02/2008 | | Receipt of Amended Creditor Matrix (Fee)(2:07-bk-21006-SB) [misc,amdcm] ( 26.00) Filing Fee. Receipt number 3991802. Fee amount 26.00. (U.S. Treasury) (Entered: 01/02/2008) |
| 01/02/2008 | 18 | Schedule D , Schedule E , Schedule F Filed by Debtor Manmohan Singh Biring (RE: related document(s) 1 , Voluntary Petition (Chapter 7)). (Tilem, David) (Entered: 01/02/2008) |
| 01/08/2008 | | Receipt of Motion Filing Fee - $150.00 by 37. Receipt Number 20035052. (admin) (Entered: 01/10/2008) |
| 01/08/2008 | 20 | Notice of Motion and Motion in Individual Case for Order Confirming Termination of Stay under 11 U.S.C. 362(j) or That No Stay is in Effect under 11 U.S.C. 362(c)(4)(A)(ii) 1582 Charlton Road San Marino CA 91108 . Receipt Number 20035052, Fee Amount $150, With proof of service: Filed by Creditor Arunpal Sehgal (Serrano, Vera) (Entered: 01/10/2008) |
| 01/08/2008 | | Hearing Set (RE: related document(s) 20 , Motion for Relief - Order Confirming Termination of Stay or That no Stay is in Effect filed by Creditor Arunpal Sehgal) Hearing to be held on 2/5/2008 at 09:30 AM Crtrm 1575, 255 E Temple St., Los Angeles, CA 90012 for 20 , (Serrano, Vera) (Entered: 01/10/2008) |
| 01/09/2008 | 19 | 341 Meeting of Creditors scheduled on 12/28/2007. Meeting continued to 1/24/2008 at 08:00 AM at RM 101, 725 S Figueroa St., Los Angeles, CA 90017. Notes: Administrative Continuance, Trustee Investigation (Leslie, Sam) (Entered: 01/09/2008) |
| 01/11/2008 | 21 | Continuance of Meeting of Creditors and appearance of debtor Filed by Trustee Sam S Leslie . 341(a) meeting to be held on 1/24/2008 at 08:00 AM at RM 102, 725 S Figueroa St., Los Angeles, CA 90017. (Pickett, Betty) (Entered: 01/14/2008) |
| 01/14/2008 | | Receipt of Photocopies Fee - $7.50 by 39. Receipt Number 20035207. (admin) (Entered: 01/15/2008) |
| 01/14/2008 | | Receipt of Certification Fee - $9.00 by 39. Receipt Number 20035207. (admin) (Entered: 01/15/2008) |
| 01/22/2008 | 22 | Supplemental Points and authorities in support of motion for relief from the automatic stay; Declaration of Arunpal Sehgal in support thereof; With proof of service: Filed by Attorney for Creditor Arunpal Sehgal . (Serrano, Vera) Modified on 1/23/2008 (Serrano, Vera). (Entered: 01/23/2008) |

012

10/12/2009 5:48 PM

CM/ECF - U.S. Bankruptcy Court (v3.3.1 - LIVE)    https://ecf.cacb.uscourts.gov/cgi-bin/DktRpt.pl?946897399155398-...

| 01/22/2008 | 24 | Opposition to .motion for relief from automatic stay; memorandum of points and authorities; request for judicial notice; declaration of Manmohan S. Biring, Sunita Biring and David A. Tilem; (related document(s): 13 Filed by Debtor Manmohan Singh Biring (Attachments: # 1 2 of 9# 2 3 of 9# 3 4 of 9# 4 5 of 9# 5 6 of 9# 6 7 of 9# 7 8 of 9# 8 9 of 9) (Pickett, Betty) (Entered: 01/25/2008) |
| 01/24/2008 | 23 | Amended Schedule A , Amended Schedule B , Schedule C *AMENDED* Filed by Debtor Manmohan Singh Biring. (Tilem, David) (Entered: 01/24/2008) |
| 01/28/2008 | 25 | 341 Meeting of Creditors scheduled on 1/24/2008. Meeting continued to 2/21/2008 at 08:00 AM at RM 102, 725 S Figueroa St., Los Angeles, CA 90017. Notes: Administrative Continuance, Trustee Investigation (Leslie, Sam) (Entered: 01/28/2008) |
| 01/29/2008 | 26 | Reply to oppisition to motion for relief from the automatic stay; (related document(s): 20 (Pickett, Betty) (Entered: 01/31/2008) |
| 01/31/2008 | 27 | Notice of trustee's intention to employ general bankruptcy counsel; Filed by Trustee Sam S Leslie . (Pickett, Betty) (Entered: 02/01/2008) |
| 02/01/2008 | 28 | ORDER to extend time (by stipulation) to object to claimed exemptions and to file complaint objecting to discharge; Signed on 2/1/2008. (Walter, Earnestine) (Entered: 02/04/2008) |
| 02/01/2008 | 29 | Opposition to motion for relief filed by Sehgal; Declaration of Carolyn A. Dye;(related document(s): 20 (Pickett, Betty) (Entered: 02/04/2008) |
| 02/01/2008 | 30 | Application to Employ Carolyn A. Dye as General Counsel; declarations of Sam S. Leslie and Carolyn A. Dye; Filed by Trustee Sam S Leslie (Pickett, Betty) (Entered: 02/04/2008) |
| 02/01/2008 | 31 | Stipulation to continued hearng on motion for relief from the automatic stay; with proof of service; Related to document no. 20 ; Filed by Creditor Arunpal Sehgal (Knox, Christelle) (Entered: 02/05/2008) |
| 02/01/2008 | 32 | Order granting stipulation to continued hearing on motion for relief from the automatic stay; Signed on 2/1/2008 (RE: related document(s) 20 . Related to document number 20 : Motion For Relief - Order Confirming Termination of Stay or That no Stay is in Effect filed by Creditor Arunpal Sehgal (Knox, Christelle) |

013

CM/ECF - U.S. Bankruptcy Court (v3.3.1 - LIVE)                    https://ecf.cacb.uscourts.gov/cgi-bin/DktRpt.pl?946897399155398-

| | | |
|---|---|---|
| | | (Entered: 02/05/2008) |
| 02/04/2008 | | Hearing Continued (RE: related document(s) 20 MOTION FOR RELIEF - ORDER CONFIRMING TERMINATION OF STAY OR THAT NO STAY IS IN EFFECT filed by Arunpal Sehgal) Hearing to be held on 02/26/2008 at 09:30 AM 255 E. Temple St. Courtroom 1575 Los Angeles, CA 90012 for 20 . (Knox, Christelle) (Entered: 02/04/2008) |
| 02/06/2008 | | Hearing Continued (RE: related document(s) 20 MOTION FOR RELIEF - ORDER CONFIRMING TERMINATION OF STAY OR THAT NO STAY IS IN EFFECT filed by Arunpal Sehgal) Hearing to be held on 02/26/2008 at 09:30 AM 255 E. Temple St. Courtroom 1575 Los Angeles, CA 90012 for 20 . (Garcia, Elaine L.) (Entered: 02/06/2008) |
| 02/07/2008 | 33 | Motion for 2004 Examination (DR. ARUNPAL SEHGAL) AND for production of documents by each; Declarations in support thereof; Filed by Trustee Sam S Leslie (Garcia, Elaine L.) (Entered: 02/08/2008) |
| 02/12/2008 | 34 | Order for appearance of declarants to testify re motion for relief filed by movant Arunpal Sehgal; Signed on 2/12/2008 (Garcia, Elaine L.) (Entered: 02/12/2008) |
| 02/13/2008 | 35 | Order Granting Motion for 2004 Examination (Related Doc # 33 ) Signed on 2/13/2008. (Garcia, Elaine L.) CORRECTION ORDER ENTERED ON THE DOCKET IN ERROR ;Modified on 3/3/2008 (Garcia, Elaine L.). (Entered: 02/14/2008) |
| 02/14/2008 | 36 | BNC Certificate of Mailing - PDF Document. (RE: related document(s) 34 , Order (Generic)) No. of Notices: 7. Service Date 02/14/2008. (Admin.) (Entered: 02/14/2008) |
| 02/25/2008 | 39 | Declaration of Carolyn A. Dye re non-opposition to trustee's application to employ Carolyn A. Dye; Filed by Trustee Sam S Leslie (RE: related document(s) 30 (Pickett, Betty) (Entered: 02/28/2008) |
| 02/25/2008 | 41 | Motion to Continue Hearing On (BY STIPULATION)re motion for relief from stay (related documents 20 , Stipulation) Filed by Debtor Manmohan Singh Biring (Garcia, Elaine L.) (Entered: 02/28/2008) |
| 02/26/2008 | 37 | Adversary case 2:08-ap-01170. Complaint by Lisa Rodriguez against Manmohan S Biring . Receipt Number o, Fee Amount |

614

CM/ECF - U.S. Bankruptcy Court (v3.3.1 - LIVE)    https://ecf.cacb.uscourts.gov/cgi-bin/DktRpt.pl?946897399155398-...

| | | |
|---|---|---|
| | | $250 Nature of Suit: (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)) ,(67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)) ,(68 (Dischargeability - 523(a)(6), willful and malicious injury)) (Suarez, Romeo) (Entered: 02/26/2008) |
| 02/26/2008 | 38 | Adversary case 2:08-ap-01172. Complaint by Yogesh Dhawan against Manmohan Singh Biring . Receipt Number O, Fee Amount $250 Nature of Suit: (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)) ,(67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)) ,(68 (Dischargeability - 523(a)(6), willful and malicious injury)) (Moulton, Sheila) (Entered: 02/26/2008) |
| 02/28/2008 | | Hearing Continued (RE: related document(s) 20 MOTION FOR RELIEF - ORDER CONFIRMING TERMINATION OF STAY OR THAT NO STAY IS IN EFFECT filed by Arunpal Sehgal) Hearing to be held on 03/19/2008 at 11:00 AM 255 E. Temple St. Courtroom 1575 Los Angeles, CA 90012 for 20 , (Garcia, Elaine L.) (Entered: 02/28/2008) |
| 02/28/2008 | 40 | Amended Schedule B *ATTACHMENTS* Filed by Debtor Manmohan Singh Biring. (Tilem, David) (Entered: 02/28/2008) |
| 02/28/2008 | 42 | Order ORDER to continue/reschedule hearing - GRANTED, continued to 3/19/2008 at 11 am; Notice of entry;(Related Doc # 41 ) Signed on 2/28/2008. (Garcia, Elaine L.) Additional attachment(s) added on 2/29/2008 (Garcia, Elaine L.). (Entered: 02/28/2008) |
| 02/28/2008 | 43 | Order Granting Application to Employ CAROLYN A DYE at attorney for the trustee; Notice of entry;(Related Doc # 30 ) Signed on 2/28/2008. (Garcia, Elaine L.) (Entered: 02/28/2008) |
| 03/03/2008 | 44 | Proof of service By mail of motion for relief from the automatic stay on debtor manmohan Singh Biring; Filed by Creditor Arunpal Sehgal . (Serrano, Vera) (Entered: 03/06/2008) |
| 03/04/2008 | | Meeting of Creditors Held on 2/21/2008. Notes: Meeting Only Concluded (Leslie, Sam) (Entered: 03/04/2008) |
| 03/11/2008 | 45 | Objection (related document(s): 20 Notice of Motion and Motion in Individual Case for Order Confirming Termination of Stay under 11 U.S.C. 362(j) or That No Stay is in Effect under 11 U.S.C. 362(c)(4)(A)(ii) 1582 Charlton Road San Marino CA 91108. Receipt Number 20035052, Fee Amount & filed by |

015

CM/ECF - U.S. Bankruptcy Court (v3.3.1 - LIVE)                    https://ecf.cacb.uscourts.gov/cgi-bin/DktRpt.pl?946897399155398-

| | | |
|---|---|---|
| | | Creditor Arunpal Sehgal) *EVIDENTIARY TO DECLARATION OF THOMAS L. GOURDE IN SUPPORT OF MOTION FOR RELIEF FROM STAY* Filed by Debtor Manmohan Singh Biring (Tilem, David) (Entered: 03/11/2008) |
| 03/12/2008 | 46 | Supplemental reply to oppositions of Manmohan Singh Biring and trustee to motion for relief from the automstay stay; declaration of Arunpal Sehgal; Filed by Creditor Arunpal Sehgal . (Pickett, Betty) (Entered: 03/14/2008) |
| 03/17/2008 | | Receipt of Photocopies Fee - $200.00 by 37. Receipt Number 20037246. (admin) (Entered: 03/18/2008) |
| 03/17/2008 | | Receipt of Photocopies Fee - $136.00 by 37. Receipt Number 20037246. (admin) (Entered: 03/18/2008) |
| 03/18/2008 | 47 | Request for special notice -- *with proof of service* -- Filed by Creditor Sehgal Medical Corporation. (Bovitz, J) (Entered: 03/18/2008) |
| 03/18/2008 | 48 | Adversary case 2:08-ap-01319. Complaint by Object Factory, LLC and Joseph Cash against Manmohan Singh Biring. Fee Amount $250 Nature of Suit: (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)) (Eldan, David)CORRECTION INCORRECT CASE NUMBER GIVEN ON THE COMPLAINT; ATTORNEY SHOULD FILE AN AMENDED CAPTION THAT GIVES THE CORRECT CASE NUMBER; Modified on 3/18/2008 (Garcia, Elaine L.). (Entered: 03/18/2008) |
| 03/19/2008 | 49 | Adversary case 2:08-ap-01323. Notice of Removal by Modern Laboratory Services Inc . Receipt Number O, Fee Amount $250 Nature of Suit: (01 (Determination of removed claim or cause)) ,(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) (Fentroy, Rita) (Entered: 03/19/2008) |
| 03/25/2008 | | Hearing Continued (RE: related document(s) 20 MOTION FOR RELIEF - ORDER CONFIRMING TERMINATION OF STAY OR THAT NO STAY IS IN EFFECT filed by Arunpal Sehgal) Hearing to be held on 04/02/2008 at 11:00 AM 255 E. Temple St. Courtroom 1575 Los Angeles, CA 90012 for 20 , (Garcia, Elaine L.) (Entered: 03/25/2008) |
| 03/28/2008 | 50 | ORDER to extend time to objection to claimed exemptions and to file complaint objecting to discharge by stipulation; ORDERED: |

**016**

CM/ECF - U.S. Bankruptcy Court (v3.3.1 - LIVE)                    https://ecf.cacb.uscourts.gov/cgi-bin/DktRpt.pl?946897399155398-

| | | extended to and including May 12, 2008; Signed on 3/28/2008. (Lomeli, Lydia R.) (Entered: 03/31/2008) |
|---|---|---|
| 04/02/2008 | | Hearing Held on 4-2-08 re: motion in individual case for order confirming termination of stay under 11 USC section 362(j) or that no stay is in effect under 11 USC 362(c)(4)(A)(ii) - DENY (Lomeli, Lydia R.) (Entered: 04/03/2008) |
| 04/03/2008 | 51 | Hearing Held (Bk Motion) (RE: related document(s) 20 Motion for Relief - Order Confirming Termination of Stay or That no Stay is in Effect)(Garcia, Elaine L.)on 4/2/08 - DENIED (Entered: 04/03/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/12/2009 17:45:54 | | | |
| PACER Login: | dt0398 | Client Code: | 02103 |
| Description: | Docket Report | Search Criteria: | 2:07-bk-21006-SB Fil or Ent: filed From: 11/28/2007 To: 4/3/2008 Doc From: 0 Doc To: 99999999 Term: included Format: html |
| Billable Pages: | 5 | Cost: | 0.40 |

017

1

**PROOF OF SERVICE**

2

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3
    I am employed in the County of Los Angeles, State of
California.  I am over the age of 18 and not a party to the within
4 action; my business address is 206 N. Jackson St., Suite 201,
Glendale, California 91206.

5
    On October 13, 2009 I served the foregoing document described
6 as:

7

**NOTICE OF BANKRUPTCY FILING AND AUTOMATIC STAY**

8 on the interested parties in this action by placing a true copy
thereof addressed as follows:

9

Roy J. Jimenez
10 Pamela Tahim
Tredway, Lumsdaine & Doyle LLP
11 1920 Main Street, Suite 1000
Irvine, CA 92614

12

[X] **(BY MAIL)** I caused such envelope with postage thereon fully
13      prepaid to be placed in the United States Mail at Glendale,
       California.

14

15 [ ]   **(BY FACSIMILE TRANSMISSION)** I caused such document to be sent
       by automatic facsimile transmission to the following telephone
16      numbers:( see attached list) and confirmation that the
       transmission was received.

17

18 [ ]   **(BY NEXT DAY DELIVERY SERVICE]** I caused such document to be
       transmitted by next day deliver service to the office or
19      residence of the addressee as shown above.

20
    Executed on October 13, 2009, at Glendale, California.

21 [x]   **(State)**   I declare that under penalty of perjury under the
       laws of the State of California that the above is true and
22      correct.

23 [ ]   **(Federal)** I declare that I am employed in the office of a
       member of the bar of this court at whose direction the service
24      was made.

25

26                                            Malissa Murguia

27

28

618

ROY J. JIMENEZ (Bar No. 192089)
E-Mail: rjimenez@tldlaw.com
PAMELA TAHIM (Bar No. 239717)
E-Mail: ptahim@tldlaw.com
TREDWAY, LUMSDAINE & DOYLE LLP
1920 Main Street, Suite 1000
Irvine, California 92614
Telephone:   (949) 756-0684
Facsimile:   (949) 756-0596

Attorneys for Plaintiff, ARUNPAL SEHGAL

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES, NORTHEAST DISTRICT

| | |
|---|---|
| ARUNPAL SEHGAL,<br><br>Plaintiff,<br><br>vs.<br><br>SUNITA BIRING; MANMOHAN S. BIRING, DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO. 09U00790<br><br>**EX PARTE APPLICATION BY PLAINTIFF ARUNPAL SEHGAL TO SET TRIAL DATE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ROY J. JIMENEZ; and DECLARATION OF MONICA TAORMINA RE EX PARTE NOTICE FILED CONCURRENTLY HEREWITH**<br><br>Date:   10/28/09<br>Time:   8:30 a.m.<br>Dept.:   M<br><br>Action Filed:      October 5, 2009<br>Trial Date:         None Set |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

On October 28, 2009 at 8:30 a.m. in Department M of the above-captioned court located at 300 E. Walnut Street, Pasadena, California, or as soon thereafter as the matter may be heard, Plaintiff Arunpal Sehgal will move this court *ex parte* for an order to set a trial date in this unlawful detainer action.

This motion is based on the grounds that the automatic stay no longer applies as a matter of law pursuant to 11 U.S.C. §§362(a) and 554(a), Central District of California Local Bankruptcy Rule 6007-1, and prevailing case law. The Bankruptcy Trustee took

1920 Main Street, Suite 1000
Irvine, California 92614
(949) 756-0684

1

OC/112845.24973-004

1 action to abandon the Subject Property *months ago* and the original oral lease was deemed

2 rejected in January 2008. In this unlawful detainer action, Dr. Sehgal is not trying to

3 recover money, but rather recover the real property that he owns. Because this action

4 arose from Dr. Biring's wrongful possession of plaintiff's real property after Biring's

5 bankruptcy case was filed, and because this unlawful detainer action has been filed after

6 Dr. Biring's bankruptcy petition was filed in November 2007, it is not subject to the

7 automatic stay. Accordingly, no further action is required to lift the automatic stay and

8 this Court should set the trial date as expeditiously as possible.

9      This *Ex Parte* Petition is based upon the attached Memorandum of Points and

10 Authorities, the Declaration of Roy J. Jimenez, the Declaration of Monica Taormina

11 regarding *Ex Parte* Notice, on the papers and records filed herein, and on such oral and

12 documentary evidence as may be presented at the hearing, if any, on this Application.

14 DATED: October 27, 2009

        TREDWAY, LUMSDAINE & DOYLE LLP
        ROY J. JIMENEZ
        PAMELA TAHIM

        By: _____
           ROY J. JIMENEZ
           Attorneys for Plaintiff, ARUNPAL SEHGAL

TREDWAY, LUMSDAINE & DOYLE LLP
1920 Main Street, Suite 1000
Irvine, California 92614
(949) 756-0684

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.   INTRODUCTION AND STATEMENT OF FACTS.

Plaintiff Arunpal Sehgal is the owner and record title holder of the property located at 1582 Charlton Road, San Marino, CA ("Subject Property") wherein Defendants Manmohan Singh Biring and Sunita Biring (collectively "Birings") are tenants. On August 1, 2009, Plaintiff Dr. Sehgal properly served Defendants with a sixty (60) day notice to terminate the tenancy at Subject Property. On October 5, 2009, Plaintiff filed this Unlawful Detainer action to evict the Birings, who are holdover tenants under an oral lease.

Defendant Manmohan Singh Biring ("Dr. Biring") is now improperly trying to stay the Unlawful Detainer action in bad faith by claiming falsely that his bankruptcy filed on or about November 28, 2007 invokes the automatic stay. This is incorrect and false because there is no "automatic stay" applicable to the present unlawful detainer proceedings.

Dr. Biring filed his bankruptcy petition in the Central District of California (Los Angeles) on November 28, 2007. See Exhibit "A." On November 28, 2007, Dr. Biring did not hold record title to the San Marino house. Rather, as **Dr. Biring admitted in his bankruptcy paperwork, "Arunpal Sehgal holds legal interest in the [San Marino] property."** See Exhibit "B."

Exigency exists to have this matter heard because Plaintiff is suffering an extreme financial hardship due to Defendants' failure to adequately make the agreed upon rental payments due to keep the mortgage and property taxes current. Therefore, Plaintiff seeks to have the trial date set in this matter as expeditiously as possible.

/ / /

/ / /

/ / /

/ / /

1920 Main Street, Suite 1000
Irvine, California 92614
(949) 756-0684

1  **II.     THE BANKRUPTCY ACTION DOES NOT STAY THE CURRENT**

2  **UNLAWFUL DETAINER ACTION**

3      **A.     Defendant Dr. Biring's Bankruptcy Trustee Abandoned Subject**

4          **Property and Any Oral Lease Was Deemed Rejected**

5      When Biring filed bankruptcy, all of his interests in real and personal property

6  became property of the Biring bankruptcy estate. 11 U.S.C. § 541. The Bankruptcy Code

7  permits property of a debtor's bankruptcy estate to be "abandoned" back to the debtor or

8  prior owner. 11 U.S.C. §554(a)(1) (permitting the abandonment of "burdensome" property

9  or property of "inconsequential value and benefit to the estate").

10      Federal Rule of Bankruptcy Procedure 6007 and Local Bankruptcy Rules govern

11  procedures for abandonment. Abandonment is common. Central District of California

12  Local Bankruptcy Rule 6007-1(a) states that: "A trustee or debtor in possession who

13  desires to abandon property of the estate may seek to do so by a notice of intent to

14  abandon, without the necessity for filing a motion to abandon."

15      On April 11, 2008, Mr. Biring's Bankruptcy Trustee filed his notice of intention to

16  abandon Biring's claim to an interest in Subject Property. Biring bankruptcy docket, item

17  52, Exhibit "A" (Docket) and Exhibit "C." No objections were filed regarding the Biring

18  trustee's proposed abandonment of Subject Property. See Exhibit "A."

19      Local Bankruptcy Rule 6007-1(d)(1) states that "If no timely objection and request

20  for hearing is filed and served, the property is deemed abandoned without further order of

21  the court." Thus, Dr. Biring's interest (if any) in Subject Property was deemed abandoned

22  (and removed from the Biring bankruptcy estate) by May 2008.

23      If Dr. Biring was in possession of the San Marino property under an oral pre-

24  bankruptcy lease, that lease was deemed rejected in January 2008 (60-days after the Biring

25  bankruptcy petition). 11 U.S.C. § 365(d)(1) provides that "In a case under chapter 7 of

26  this title, if the trustee does not assume or reject an ... unexpired lease of residential real

27  property ... within 60 days after the order for relief, ... then such ... lease is deemed

28  ///

OC/112845 M Ex Parte to Set Trial (112845 24973-004

EX PARTE APPLICATION BY PLAINTIFF ARUNPAL SEHGAI TO SET TRIAL DATE

1920 Main Street, Suite 1000
Irvine, California 92614
(949) 756-0684

1 | rejected.". Dr. Biring did not file a motion to assume the Sehgal/Biring oral lease. See

2 | Exhibit "A."

3 |      By the time of trial in the unlawful detainer case, about two years will have passed

4 | since the original oral lease was deemed rejected (in January 2008). More than a year has

5 | passed since abandonment of any interest held by Dr. Biring in Subject Property (in May

6 | 2008). Dr. Biring has occupied Subject Property post-bankruptcy (and post-abandonment)

7 | as a holdover tenant.

8 |      Now, Dr. Sehgal is seeking to recover his San Marino real estate. Dr. Biring

9 | suggests that his bankruptcy should slow down the unlawful detainer proceedings.

10 | However, under the prevailing law, Dr. Biring cannot slow down the unlawful detainer

11 | proceeds by preventing the Court from setting a trial date.

12 |     **B.**   **Because Dr. Sehgal's Unlawful Detainer Arose After Dr. Biring's**

13 |        **Bankruptcy Petition Was Filed, It is Not Subject to the Automatic Stay**

14 |      Since Dr. Sehgal's unlawful detainer cause of action arose *after* Dr. Biring's

15 | bankruptcy petition was filed, prosecution of Sehgal's unlawful detainer claim is not

16 | subject to the automatic stay. The Ninth Circuit Court of Appeals held "post-petition

17 | claims are not subject to the automatic stay." *In re Dunbar* (9th Cir., 2001) 245 F.3d 1058,

18 | 1063 (footnote 3) (9th Cir., 2001). This is true, even though Dr. Biring's bankruptcy case

19 | is still open. Dr. Sehgal's unlawful detainer action (to recover the real estate) arose from

20 | Biring's post-bankruptcy holdover tenancy.

21 |      Second, the statutory scope of the automatic stay does not cover Dr. Sehgal's

22 | carefully limited unlawful detainer proceeding. When Dr. Biring filed his bankruptcy

23 | petition on November 28, 2007, that created an automatic stay of some actions. 11 U.S.C.

24 | § 362(a) -- the scope provision of the automatic stay -- reads:

25 |     "§ 362. Automatic stay (a) Except as provided in subsection (b) of this section, a

26 | petition filed under section 301, 302, or 303 of this title [11 U.S.C. § 301, 302, or

27 | 303]...operates as a stay, applicable to all entities, of -- (1) the commencement or

28 | continuation, including the issuance or employment of process, of a judicial,

1920 Main Street, Suite 1000
Irvine, California 92614
(949) 756-0684

1   administrative, or other action or proceeding against the debtor that was or could have

2   been commenced before the commencement of the case under this title, or to recover a

3   claim against the debtor that arose before the commencement of the case under this title;

4   (2) the enforcement, against the debtor or against property of the estate, of a judgment

5   obtained before the commencement of the case under this title; (3) any act to obtain

6   possession of property of the estate or of property from the estate or to exercise control

7   over property of the estate; (4) any act to create, perfect, or enforce any lien against

8   property of the estate; (5) any act to create, perfect, or enforce against property of the

9   debtor any lien to the extent that such lien secures a claim that arose before the

10  commencement of the case under this title; (6) any act to collect, assess, or recover a claim

11  against the debtor that arose before the commencement of the case under this title; (7) the

12  setoff of any debt owing to the debtor that arose before the commencement of the case

13  under this title against any claim against the debtor; and (8) the commencement or

14  continuation of a proceeding before the United States Tax Court concerning a corporate

15  debtor's tax liability for a taxable period the bankruptcy court may determine or concerning

16  the tax liability of a debtor who is an individual for a taxable period ending before the date

17  of the order for relief under this title."

18       None of the subsections of 11 U.S.C. § 362(a) apply to the instant unlawful detainer

19  causes of action for the following reasons:

20  •    Dr. Sehgal is not attempting to recover a pre-bankruptcy claim from Dr. Biring.

21  •    The San Marino property has been abandoned (and is no longer property of Biring's

22       bankruptcy estate), so Seghal is not taking an act to obtain possession of "property

23       of the bankruptcy estate." Also see 11 U.S.C. § 362(c)(1) ("the stay of an act

24       against property of the estate under subsection (a) of this section continues until

25       such property is no longer property of the estate").

26  •    Sehgal is not attempting to create, perfect, or enforce any lien.

27  •    Sehgal is not asking to set off a debt.

28  •    This is not a tax claim.

1920 Main Street, Suite 1000
Irvine, California 92614
(949) 756-0684

OC/112845.M Ex Parte to Set Trial (112845 24973-004
EX PARTE APPLICATION BY PLAINTIFF ARUNPAL SEHGAL TO SET TRIAL DATE

1 • Sunita Biring is not a debtor, and is not entitled to the benefit of any automatic stay.

2 Accordingly, the scope of the automatic stay (11 U.S.C. § 362(a)) does not cover

3 the present unlawful detainer action before this Los Angeles Superior Court. As such, Dr.

4 Sehgal is entitled to pursue this unlawful detainer in state court and regain possession of

5 his San Marino property.

6 **III.   GOOD CAUSE EXISTS FOR THE RELIEF REQUESTED.**

7 According to California *Rules of Court* Rule 379(g), an Ex Parte Application may

8 be granted upon a showing of "irreparable harm, immediate danger or any other statutory

9 basis for granting ex parte relief…" On the morning of October 27, 2009, before 10:00

10 a.m., Dr. Sehgal by and through his counsel gave defense counsel notice of this ex parte

11 application. (Declaration of Taormina ¶ 2.)

12 Exigent circumstances exist justifying an ex parte order from the Court. If Dr.

13 Sehgal waits, a trial date will not be provided because Dr. Biring has improperly sought to

14 stay the unlawful detainer action by falsely claiming it is subject to the automatic stay. Dr.

15 Sehgal will not be able to recover the property in which he is the record title holder and

16 owner from these holdover tenants. Dr. Sehgal is already suffering dire financial hardship

17 because of Dr. Biring's delay tactics and refusal to make rental payments as promised for

18 the past two years. As such, Plaintiff has "good cause" to request an order to set the trial

19 date.

20 **IV.   CONCLUSION**

21 For the reasons outlined above, the Court should issue an order to set a trial date as

22 expeditiously as possible.

23 DATED: October 27, 2009          TREDWAY, LUMSDAINE & DOYLE LLP
                                    ROY J. JIMENEZ
24                                  PAMELA TAHIM

25

26                                  By: _____

27                                  ROY J. JIMENEZ
                                    Attorneys for Plaintiff, ARUNPAL SEHGAL
28

1920 Main Street, Suite 1000
Irvine, California 92614
(949) 756-0684

1

## DECLARATION OF ROY J. JIMENEZ

2    I, ROY J. JIMENEZ, declare as follows:

3        1.      I am an attorney duly admitted to practice before this Court. I am a partner

4    with TREDWAY, LUMSDAINE & DOYLE LLP, attorneys of record for ARUNPAL

5    SEHGAL. If called as a witness, I could and would testify competently to all facts within

6    my personal knowledge except where stated upon information and belief. This declaration

7    is submitted in support of Plaintiffs' request to set this case for trial.

8        2.      Attached hereto as Exhibit "A" is a true and correct copy of Manmohan

9    Singh Biring's bankruptcy docket for his bankruptcy petition filed on November 28, 2007.

10       3.      Attached hereto as Exhibit "B" is a true and correct copy of Dr. Biring's

11   Amended Schedule A, filed on January 24, 2008.

12       4.      Attached hereto as Exhibit "C" is the Bankruptcy Trustee's Notice of

13   Intention to Abandon Interest in Real Property, 1582 Charlton Road, San Marino,

14   California.

15       I declare under penalty of perjury under the laws of the State of California that the

16   foregoing is true and correct.

17       Executed October 27, 2009, at Downey, California.

18

19                                          _____

20                                          ROY J. JIMENEZ

21

22

23

24

25

26

27

28

OC\112845.M Ex Parte to Set Trial (112845 24973-004

EX PARTE APPLICATION BY PLAINTIFF ARUNPAL SEHGAL TO SET TRIAL DATE

TREDWAY, LUMSDAINE & DOYLE LLP
1920 Main Street, Suite 1000
Irvine, California 92614
(949) 756-0684

# EXHIBIT "A"

Incomplete, 727OBJ, DEFER, NoFeeRequired

# U.S. Bankruptcy Court
## Central District Of California (Los Angeles)
### Bankruptcy Petition #: 2:07-bk-21006-SB

*Date filed:*   11/28/2007

*Assigned to:* Samuel L. Bufford
Chapter 7
Voluntary
Asset

| | |
|---|---|
| *Debtor* <br> **Manmohan Singh Biring** <br> 1582 Charlton Road <br> San Marino, CA 91105 <br> SSN / ITIN: xxx-xx-5467 | represented by **Barry R Wegman** <br> Law Offices of David A Tilem <br><br> 206 N Jackson St Ste 201 <br> Glendale, CA 91206 <br> 818-507-6000 <br> Fax : 818-507-6800 <br> Email: <br> barrywegman@tilemlaw.com <br><br> **David A Tilem** <br> Law Offices of David A Tilem <br><br> 206 N Jackson St Ste 201 <br> Glendale, CA 91206 <br> 818-507-6000 <br> Fax : 818-507-6800 <br> Email: <br> davidtilem@tilemlaw.com |
| *Trustee* <br> **Sam S Leslie** <br> Leslie, Engell & Associates LLP <br> 6310 San Vicente Blvd., Suite 320 <br> Los Angeles, CA 90048 <br> (323) 549-6900 | represented by **Carolyn A Dye** <br> 3435 Wilshire Blvd Ste 1045 <br> Los Angeles, CA 90010 <br> 213-368-5000 <br> Email: trustee@cadye.com |
| *U.S. Trustee* <br> **United States Trustee (LA)** <br> 725 S Figueroa St., 26th Floor <br> Los Angeles, CA 90017 | |

| Filing Date | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 11/28/2007 | <u>1</u> | Chapter 7 Voluntary Petition . Fee Amount $299 Filed by Manmohan Singh Biring Section 316 Incomplete Filings due by 1/12/2008. Schedule A due 12/13/2007. Schedule B due 12/13/2007. Schedule C due 12/13/2007. Schedule D due 12/13/2007. Schedule E due 12/13/2007. Schedule F due 12/13/2007. Schedule G due 12/13/2007. Schedule H due 12/13/2007. Schedule I due 12/13/2007. Schedule J due 12/13/2007. Statement of Financial Affairs due 12/13/2007. Employee Income Record due by 12/13/2007. Summary of schedules due 12/13/2007. Declaration concerning debtors schedules due 12/13/2007. Statistical Summary due 12/13/2007. Incomplete Filings due by 12/13/2007.Appointment of health care ombudsman due by 12/28/2007 (Tilem, David) CORRECTION: Deficient for Electronic Filings Declaration due 12/13/2007. Modified on 11/29/2007 (Mcguire, Debra). (Entered: 11/28/2007) |
| 11/28/2007 | | Receipt of Voluntary Petition (Chapter 7)(2:07-bk-21006) [misc,volp7] ( 299.00) Filing Fee. Receipt number 3799153. Fee amount 299.00. (U.S. Treasury) (Entered: 11/28/2007) |
| 11/28/2007 | <u>3</u> | First Meeting of Creditors with 341(a) meeting to be held on 12/28/2007 at 10:00 AM at RM 101, 725 S Figueroa St., Los Angeles, CA 90017. Proof of Claim due by 03/27/2008. (Tilem, David) (Entered: 11/28/2007) |
| 11/28/2007 | <u>2</u> | Certificate of Credit Counseling Filed by Debtor Manmohan Singh Biring. (Tilem, David) (Entered: 11/28/2007) |
| 12/01/2007 | <u>4</u> | BNC Certificate of Mailing. (RE: related document(s) <u>3</u> , Meeting (AutoAssign Chapter 7ba)) No. of Notices: 7. Service Date 12/01/2007. (Admin.) (Entered: 12/01/2007) |
| 12/06/2007 | <u>5</u> | Notice of Requirement to Complete Course in Financial Management (BNC) . (Mcguire, Debra) (Entered: 12/06/2007) |
| 12/07/2007 | <u>8</u> | Declaration Re: Electronic Filing Filed by Debtor Manmohan Singh Biring . (Collins, Kim S.) (Entered: 12/12/2007) |
| 12/08/2007 | <u>6</u> | BNC Certificate of Mailing. (RE: related document(s) <u>5</u> , Notice of Requirement to Complete Course in Financial Management (BNC)) No. of Notices: 4. Service Date 12/08/2007. (Admin.) (Entered: 12/08/2007) |
| 12/10/2007 | <u>7</u> | Motion to Extend Deadline to File Schedules or Provide Required Information Filed by Debtor Manmohan Singh Biring (Tilem, David) (Entered: 12/10/2007) |
| | | |

| | | |
|---|---|---|
| 12/12/2007 | 9 | Schedule A , Schedule B , Schedule C , Schedule G , Schedule H , Schedule I , Schedule J Filed by Debtor Manmohan Singh Biring (RE: related document(s) 1 , Voluntary Petition (Chapter 7)). (Tilem, David) (Entered: 12/12/2007) |
| 12/13/2007 | 10 | Notice of Appearance and Request for Notice *and Request for Inclusion on Master Mailing List* by David K Eldan Filed by Creditor Object Factory, LLC and Joseph Cash. (Eldan, David) (Entered: 12/13/2007) |
| 12/13/2007 | 11 | Statement of Financial Affairs Filed by Debtor Manmohan Singh Biring (RE: related document(s) 1 , Voluntary Petition (Chapter 7)). (Tilem, David) (Entered: 12/13/2007) |
| 12/14/2007 | 12 | Schedule H *Amended* Filed by Debtor Manmohan Singh Biring (RE: related document(s) 1 , Voluntary Petition (Chapter 7)). (Tilem, David) (Entered: 12/14/2007) |
| 12/19/2007 | | Receipt of Motion Filing Fee - $150.00 by SP. Receipt Number 20034575. (admin) (Entered: 12/20/2007) |
| 12/19/2007 | 13 | Notice of Motion and Motion in Individual Case for Order Confirming Termination of Stay under 11 U.S.C. 362(j) or That No Stay is in Effect under 11 U.S.C. 362(c)(4)(A)(ii) 1582 Charlton Road, San Marino, CA 91108 . Receipt Number 0, Fee Amount $150, Filed by Creditor Arunpal Sehgal (Attachments: # 1 2-2) (Garcia, Elaine L.) (Entered: 12/20/2007) |
| 12/19/2007 | 14 | Application shortening time for hearing on motion for relief from stay Filed by Creditor Arunpal Sehgal (Garcia, Elaine L.) (Entered: 12/20/2007) |
| 12/20/2007 | 15 | Order Denying Application for shortening of time for hearing on motion for relief from stay; Signed on 12/20/2007 (RE: related document(s) 14 , Application shortening time filed by Creditor Arunpal Sehgal). (Garcia, Elaine L.) (Entered: 12/21/2007) |
| 12/26/2007 | 16 | Adversary case 2:07-ap-01923. Complaint by Obect Factory LLC , Joseph Cash against Mahnohan (Mo) Singh Biring , Sunita Biring , Arunpal Sehgal . Receipt Number O, Fee Amount $250 Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) (Moulton, Sheila) (Entered: 12/26/2007) |
| 01/02/2008 | 17 | Amendment to List of Creditors. Fee Amount $26 Filed by Debtor Manmohan Singh Biring. (Tilem, David) (Entered: 01/02/2008) |

| | | |
|---|---|---|
| 01/02/2008 | | Receipt of Amended Creditor Matrix (Fee)(2:07-bk-21006-SB) [misc,amdcm] ( 26.00) Filing Fee. Receipt number 3991802. Fee amount 26.00. (U.S. Treasury) (Entered: 01/02/2008) |
| 01/02/2008 | 18 | Schedule D , Schedule E , Schedule F Filed by Debtor Manmohan Singh Biring (RE: related document(s) 1 , Voluntary Petition (Chapter 7)). (Tilem, David) (Entered: 01/02/2008) |
| 01/08/2008 | | Receipt of Motion Filing Fee - $150.00 by 37. Receipt Number 20035052. (admin) (Entered: 01/10/2008) |
| 01/08/2008 | 20 | Notice of Motion and Motion in Individual Case for Order Confirming Termination of Stay under 11 U.S.C. 362(j) or That No Stay is in Effect under 11 U.S.C. 362(c)(4)(A)(ii) 1582 Charlton Road San Marino CA 91108 . Receipt Number 20035052, Fee Amount $150, With proof of service; Filed by Creditor Arunpal Sehgal (Serrano, Vera) (Entered: 01/10/2008) |
| 01/08/2008 | | Hearing Set (RE: related document(s) 20 , Motion for Relief - Order Confirming Termination of Stay or That no Stay is in Effect filed by Creditor Arunpal Sehgal) Hearing to be held on 2/5/2008 at 09:30 AM Crtrm 1575, 255 E Temple St., Los Angeles, CA 90012 for 20 , (Serrano, Vera) (Entered: 01/10/2008) |
| 01/09/2008 | 19 | 341 Meeting of Creditors scheduled on 12/28/2007. Meeting continued to 1/24/2008 at 08:00 AM at RM 101, 725 S Figueroa St., Los Angeles, CA 90017. Notes: Administrative Continuance, Trustee Investigation (Leslie, Sam) (Entered: 01/09/2008) |
| 01/11/2008 | 21 | Continuance of Meeting of Creditors and appearance of debtor Filed by Trustee Sam S Leslie . 341(a) meeting to be held on 1/24/2008 at 08:00 AM at RM 102, 725 S Figueroa St., Los Angeles, CA 90017. (Pickett, Betty) (Entered: 01/14/2008) |
| 01/14/2008 | | Receipt of Photocopies Fee - $7.50 by 39. Receipt Number 20035207. (admin) (Entered: 01/15/2008) |
| 01/14/2008 | | Receipt of Certification Fee - $9.00 by 39. Receipt Number 20035207. (admin) (Entered: 01/15/2008) |
| 01/22/2008 | 22 | Supplemental Points and authorities in support of motion for relief from the automatic stay; Declaration of Arunpal Sehgal in support thereof; With proof of service; Filed by Attorney for Creditor Arunpal Sehgal . (Serrano, Vera) Modified on 1/23/2008 (Serrano, Vera). (Entered: 01/23/2008) |
| | | |

| | | |
|---|---|---|
| 01/22/2008 | <u>24</u> | Opposition to ,motion for relief from automatic stay; memorandum of points and authorities; request for judicial notice; declaration of Manmohan S. Biring, Sunita Biring and David A. Tilem; (related document(s): <u>13</u> Filed by Debtor Manmohan Singh Biring (Attachments: # <u>1</u> 2 of 9# <u>2</u> 3 of 9# <u>3</u> 4 of 9# <u>4</u> 5 of 9# <u>5</u> 6 of 9# <u>6</u> 7 of 9# <u>7</u> 8 of 9# <u>8</u> 9 of 9) (Pickett, Betty) (Entered: 01/25/2008) |
| 01/24/2008 | <u>23</u> | Amended Schedule A , Amended Schedule B , Schedule C *AMENDED* Filed by Debtor Manmohan Singh Biring. (Tilem, David) (Entered: 01/24/2008) |
| 01/28/2008 | 25 | 341 Meeting of Creditors scheduled on 1/24/2008. Meeting continued to 2/21/2008 at 08:00 AM at RM 102, 725 S Figueroa St., Los Angeles, CA 90017. Notes: Administrative Continuance, Trustee Investigation (Leslie, Sam) (Entered: 01/28/2008) |
| 01/29/2008 | <u>26</u> | Reply to oppisition to motion for relief from the automatic stay; (related document(s): <u>20</u> (Pickett, Betty) (Entered: 01/31/2008) |
| 01/31/2008 | <u>27</u> | Notice of trustee's intention to employ general bankruptcy counsel; Filed by Trustee Sam S Leslie . (Pickett, Betty) (Entered: 02/01/2008) |
| 02/01/2008 | <u>28</u> | ORDER to extend time (by stipulation) to object to claimed exemptions and to file complaint objecting to discharge; Signed on 2/1/2008. (Walter, Earnestine) (Entered: 02/04/2008) |
| 02/01/2008 | <u>29</u> | Opposition to motion for relief filed by Sehgal; Declaration of Carolyn A. Dye;(related document(s): <u>20</u> (Pickett, Betty) (Entered: 02/04/2008) |
| 02/01/2008 | <u>30</u> | Application to Employ Carolyn A. Dye as General Counsel; declarations of Sam S. Leslie and Carolyn A. Dye; Filed by Trustee Sam S Leslie (Pickett, Betty) (Entered: 02/04/2008) |
| 02/01/2008 | <u>31</u> | Stipulation to continued hearng on motion for relief from the automatic stay; with proof of service; Related to document no. <u>20</u> ; Filed by Creditor Arunpal Sehgal (Knox, Christelle) (Entered: 02/05/2008) |
| 02/01/2008 | <u>32</u> | Order granting stipulation to continued hearing on motion for relief from the automatic stay; Signed on 2/1/2008 (RE: related document(s) <u>20</u> , Related to document number <u>20</u> ; Motion for Relief - Order Confirming Termination of Stay or That no Stay is in Effect filed by Creditor Arunpal Sehgal (Knox, Christelle) (Entered: 02/05/2008) |

| | | |
|---|---|---|
| 02/04/2008 | | Hearing Continued (RE: related document(s) 20 MOTION FOR RELIEF - ORDER CONFIRMING TERMINATION OF STAY OR THAT NO STAY IS IN EFFECT filed by Arunpal Sehgal) Hearing to be held on 02/26/2008 at 09:30 AM 255 E. Temple St. Courtroom 1575 Los Angeles, CA 90012 for 20 , (Knox, Christelle) (Entered: 02/04/2008) |
| 02/06/2008 | | Hearing Continued (RE: related document(s) 20 MOTION FOR RELIEF - ORDER CONFIRMING TERMINATION OF STAY OR THAT NO STAY IS IN EFFECT filed by Arunpal Sehgal) Hearing to be held on 02/26/2008 at 09:30 AM 255 E. Temple St. Courtroom 1575 Los Angeles, CA 90012 for 20 , (Garcia, Elaine L.) (Entered: 02/06/2008) |
| 02/07/2008 | 33 | Motion for 2004 Examination (DR. ARUNPAL SEHGAL) AND for production of documents by each; Declarations in support thereof; Filed by Trustee Sam S Leslie (Garcia, Elaine L.) (Entered: 02/08/2008) |
| 02/12/2008 | 34 | Order for appearance of declarants to testify re motion for relief filed by movant Arunpal Sehgal; Signed on 2/12/2008 (Garcia, Elaine L.) (Entered: 02/12/2008) |
| 02/13/2008 | 35 | Order Granting Motion for 2004 Examination (Related Doc # 33 ) Signed on 2/13/2008. (Garcia, Elaine L.) CORRECTION ORDER ENTERED ON THE DOCKET IN ERROR ;Modified on 3/3/2008 (Garcia, Elaine L.). (Entered: 02/14/2008) |
| 02/14/2008 | 36 | BNC Certificate of Mailing - PDF Document. (RE: related document(s) 34 , Order (Generic)) No. of Notices: 7. Service Date 02/14/2008. (Admin.) (Entered: 02/14/2008) |
| 02/25/2008 | 39 | Declaration of Carolyn A. Dye re non-opposition to trustee's application to employ Carolyn A. Dye; Filed by Trustee Sam S Leslie (RE: related document(s) 30 (Pickett, Betty) (Entered: 02/28/2008) |
| 02/25/2008 | 41 | Motion to Continue Hearing On (BY STIPULATION)re motion for relief from stay (related documents 20 , Stipulation) Filed by Debtor Manmohan Singh Biring (Garcia, Elaine L.) (Entered: 02/28/2008) |
| | | Adversary case 2:08-ap-01170. Complaint by Lisa Rodriguez against Manmohan S Biring . Receipt Number o, Fee Amount $250 Nature of Suit: (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)) ,(67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)) ,(68 (Dischargeability - 523(a)(6), willful and malicious |

| 02/26/2008 | 37 | injury)) (Suarez, Romeo) (Entered: 02/26/2008) |
| 02/26/2008 | 38 | Adversary case 2:08-ap-01172. Complaint by Yogesh Dhawan against Manmohan Singh Biring . Receipt Number O, Fee Amount $250 Nature of Suit: (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)) .(67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)) .(68 (Dischargeability - 523(a)(6), willful and malicious injury)) (Moulton, Sheila) (Entered: 02/26/2008) |
| 02/28/2008 | | Hearing Continued (RE: related document(s) 20 MOTION FOR RELIEF - ORDER CONFIRMING TERMINATION OF STAY OR THAT NO STAY IS IN EFFECT filed by Arunpal Sehgal) Hearing to be held on 03/19/2008 at 11:00 AM 255 E. Temple St. Courtroom 1575 Los Angeles, CA 90012 for 20 , (Garcia, Elaine L.) (Entered: 02/28/2008) |
| 02/28/2008 | 40 | Amended Schedule B *ATTACHMENTS* Filed by Debtor Manmohan Singh Biring. (Tilem, David) (Entered: 02/28/2008) |
| 02/28/2008 | 42 | Order ORDER to continue/reschedule hearing - GRANTED, continued to 3/19/2008 at 11 am; Notice of entry;(Related Doc # 41 ) Signed on 2/28/2008. (Garcia, Elaine L.) Additional attachment(s) added on 2/29/2008 (Garcia, Elaine L.). (Entered: 02/28/2008) |
| 02/28/2008 | 43 | Order Granting Application to Employ CAROLYN A DYE at attorney for the trustee; Notice of entry;(Related Doc # 30 ) Signed on 2/28/2008. (Garcia, Elaine L.) (Entered: 02/28/2008) |
| 03/03/2008 | 44 | Proof of service By mail of motion for relief from the automatic stay on debtor manmohan Singh Biring; Filed by Creditor Arunpal Sehgal . (Serrano, Vera) (Entered: 03/06/2008) |
| 03/04/2008 | | Meeting of Creditors Held on 2/21/2008. Notes: Meeting Only Concluded (Leslie, Sam) (Entered: 03/04/2008) |
| 03/11/2008 | 45 | Objection (related document(s): 20 Notice of Motion and Motion in Individual Case for Order Confirming Termination of Stay under 11 U.S.C. 362(j) or That No Stay is in Effect under 11 U.S.C. 362(c)(4)(A)(ii) 1582 Charlton Road San Marino CA 91108. Receipt Number 20035052, Fee Amount & filed by Creditor Arunpal Sehgal) *EVIDENTIARY TO DECLARATION OF THOMAS L. GOURDE IN SUPPORT OF MOTION FOR RELIEF FROM STAY* Filed by Debtor Manmohan Singh Biring (Tilem, David) (Entered: 03/11/2008) |

| | | |
|---|---|---|
| 03/12/2008 | <u>46</u> | Supplemental reply to oppositions of Manmohan Singh Biring and trustee to motion for relief from the automstay stay; declaration of Arunpal Sehgal; Filed by Creditor Arunpal Sehgal . (Pickett, Betty) (Entered: 03/14/2008) |
| 03/17/2008 | | Receipt of Photocopies Fee - $200.00 by 37. Receipt Number 20037246. (admin) (Entered: 03/18/2008) |
| 03/17/2008 | | Receipt of Photocopies Fee - $136.00 by 37. Receipt Number 20037246. (admin) (Entered: 03/18/2008) |
| 03/18/2008 | <u>47</u> | Request for special notice -- *with proof of service* -- Filed by Creditor Sehgal Medical Corporation. (Bovitz, J) (Entered: 03/18/2008) |
| 03/18/2008 | <u>48</u> | Adversary case 2:08-ap-01319. Complaint by Object Factory, LLC and Joseph Cash against Manmohan Singh Biring. Fee Amount $250 Nature of Suit: (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)) (Eldan, David) CORRECTION INCORRECT CASE NUMBER GIVEN ON THE COMPLAINT; ATTORNEY SHOULD FILE AN AMENDED CAPTION THAT GIVES THE CORRECT CASE NUMBER; Modified on 3/18/2008 (Garcia, Elaine L.). (Entered: 03/18/2008) |
| 03/19/2008 | <u>49</u> | Adversary case 2:08-ap-01323. Notice of Removal by Modern Laboratory Services Inc . Receipt Number O, Fee Amount $250 Nature of Suit: (01 (Determination of removed claim or cause)) , (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) (Fentroy, Rita) (Entered: 03/19/2008) |
| 03/25/2008 | | Hearing Continued (RE: related document(s) <u>20</u> MOTION FOR RELIEF - ORDER CONFIRMING TERMINATION OF STAY OR THAT NO STAY IS IN EFFECT filed by Arunpal Sehgal) Hearing to be held on 04/02/2008 at 11:00 AM 255 E. Temple St. Courtroom 1575 Los Angeles, CA 90012 for <u>20</u> , (Garcia, Elaine L.) (Entered: 03/25/2008) |
| 03/28/2008 | <u>50</u> | ORDER to extend time to objection to claimed exemptions and to file complaint objecting to discharge by stipulation; ORDERED: extended to and including May 12, 2008; Signed on 3/28/2008. (Lomeli, Lydia R.) (Entered: 03/31/2008) |
| 04/02/2008 | | Hearing Held on 4-2-08 re: motion in individual case for order confirming termination of stay under 11 USC section 362(j) or that no stay is in effect under 11 USC 362(c)(4)(A)(ii) - DENY (Lomeli, Lydia R.) (Entered: 04/03/2008) |

| | | |
|---|---|---|
| 04/03/2008 | 51 | Hearing Held (Bk Motion) (RE: related document(s) 20 Motion for Relief - Order Confirming Termination of Stay or That no Stay is in Effect)(Garcia, Elaine L.)on 4/2/08 - DENIED (Entered: 04/03/2008) |
| 04/11/2008 | 52 | Notice of intention to abandon interest in real property; Filed by Trustee Sam S Leslie . (Knox, Christelle) (Entered: 04/14/2008) |
| 05/02/2008 | 53 | Notice of motion/application to employ, Accountant Hahn Fife & Company; Filed by: Donald T. Fife (Knox, Christelle) (Entered: 05/06/2008) |
| 05/02/2008 | 54 | Application to Employ Hahn Fife & Company, LLP as Accountant; declaration of Donald T. Fife; with proof of service; Filed by Accountant: Hahn Fife & Company (Knox, Christelle) (Entered: 05/06/2008) |
| 05/15/2008 | 55 | Stipulation By Manmohan Singh Biring and *Chapter 7 Trustee to Continue Deadline to Object to Claim Expemtions and to File a Complaint Objecting to Discharge* Filed by Debtor Manmohan Singh Biring (Wegman, Barry) (Entered: 05/15/2008) |
| 05/16/2008 | 56 | Notice of Withdrawal of Application to Employ Hahn, Fife and Company LLP as Accountant Filed by Trustee Sam S Leslie . (Bautista, Cristina) (Entered: 05/20/2008) |
| 05/19/2008 | 58 | Notice of Trustee's Application to employ certified public accountant Filed by Accountant Dennis M Murphy . (Fentroy, Rita) (Entered: 05/21/2008) |
| 05/19/2008 | 61 | Application to Employ Dennis Murphy, CPA as Accountant to the trustee Filed by Trustee Sam S Leslie (Garcia, Elaine L.) (Entered: 05/27/2008) |
| 05/21/2008 | 57 | Financial Management Course Certificate Filed Filed by Debtor Manmohan Singh Biring. (Tilem, David) (Entered: 05/21/2008) |
| 05/21/2008 | 59 | Order Granting Stipulation to Extend Time to object to claimed exemptions and to file complaint; (Related Doc # 55 ) Signed on 5/21/2008 (Garcia, Elaine L.) (Entered: 05/21/2008) |
| 05/23/2008 | 60 | BNC Certificate of Service - PDF Document. (RE: related document(s) 59 , Order on Motion to Extend Time) No. of Notices: 13. Service Date 05/23/2008. (Admin.) (Entered: 05/23/2008) |
| | | Memorandum of points and authorities Filed by Creditor Sehgal |

| | | |
|---|---|---|
| 06/27/2008 | 62 | Medical Corporation in support of motion for an order enlarging the time for Sehgal Medical Corporation to file complaint; Declaration of Thomas L. Gourde;. (Garcia, Elaine L.) (Entered: 07/01/2008) |
| 06/27/2008 | 63 | Exhibit Filed by Creditor Sehgal Medical Corporation to Request to Judicial Notice (RE: related document(s) 62 , Memorandum of points and authorities). (Attachments: # 1 2-2) (Garcia, Elaine L.) (Entered: 07/01/2008) |
| 06/27/2008 | 64 | Request for judicial notice Filed by Creditor Sehgal Medical Corporation (RE: related document(s) 62 , Memorandum of points and authorities, 63 , Exhibit). (Garcia, Elaine L.) (Entered: 07/01/2008) |
| 06/27/2008 | 65 | Notice of motion/application Filed by Creditor Sehgal Medical Corporation to enlarge time to file complaint; Proof of service (Garcia, Elaine L.) (Entered: 07/01/2008) |
| 06/27/2008 | 66 | Notice of filing declaration of Sam S. Leslie regarding non-opposition to trustee's application to employ certified public accountant; declaration in support thereof; Filed by Trustee Sam S Leslie (Attachments: # 1 2 of 2) (Knox, Christelle) (Entered: 07/01/2008) |
| 07/08/2008 | 68 | Order Granting Application to Employ Dennis Murphy as CPA; (Related Doc # 61 ) Signed on 7/8/2008. (Garcia, Elaine L.) (Entered: 07/10/2008) |
| 07/09/2008 | 67 | Declaration re: *THIS IS THE OPPOSITION to Motion to Extend Time to Bring ? 727 Action; Memorandum of Points and Authorities; Request for Judicial Notice; Declaration of Barry R. Wegman* Filed by Debtor Manmohan Singh Biring (RE: related document(s) 65 , Notice of motion/application). (Tilem, David) (Entered: 07/09/2008) |
| 07/10/2008 | 70 | Motion for extension of time to file a complaint objecting to discharge (by stipulation); Filed by Trustee Sam S Leslie (Walter, Earnestine) (Entered: 07/22/2008) |
| 07/14/2008 | | Hearing Set re motion to enlarge time to file complaint Hearing to be held on 7/22/2008 at 11:00 AM Crtrm 1575, 255 E Temple St., Los Angeles, CA 90012 (Garcia, Elaine L.) (Entered: 07/14/2008) |
| | | *Supplemental -- Reply of Sehgal Medical Corporation to Biring Opposition to Motion to Extend Time to Bring Section 727 Action* |

| | | |
|---|---|---|
| 07/15/2008 | 69 | -- Filed by Creditor Sehgal Medical Corporation. (Bovitz, J) (Entered: 07/15/2008) |
| 07/18/2008 | 71 | ORDER to extend time granted to August 25, 2008; (Related entry # 70 ); Signed on 7/18/2008. (Walter, Earnestine) (Entered: 07/22/2008) |
| 08/14/2008 | 72 | Order not signed regarding order on motion to extend time to bring Section 727 Action Re: Signed on 8/14/2008. [relates to 62] (Fortier, Stacey) (Entered: 08/14/2008) |
| 08/21/2008 | 73 | Notification of asset case (no bar date for claims is required): Filed by: Trustee Sam S Leslie . (Knox, Christelle) (Entered: 08/25/2008) |
| 08/21/2008 | 75 | ORDER to extend time to bring ?727 action; Related to document number 27 ; with proof of service; Signed on 8/21/2008. (Knox, Christelle) (Entered: 08/27/2008) |
| 08/25/2008 | 74 | Stipulation By Sam S Leslie and *Debtor for Extension of Time to Document Settlement and Reserving Trustee's Right to Object to Claimed Exemptions and to File Complaint Objecting to Discharge* Filed by Trustee Sam S Leslie (Dye, Carolyn) (Entered: 08/25/2008) |
| 09/08/2008 | 76 | Order Granting Stipulation between trustee and debtor for extension of time to document settlement and reserving trustee's rights to object to the debtors claimed exemptions and to file a complaint objecting to discharge; (Related Doc # 74 ) Signed on 9/8/2008 (Garcia, Elaine L.) (Entered: 09/08/2008) |
| 09/10/2008 | 77 | BNC Certificate of Service - PDF Document. (RE: related document(s) 76 , Order on Motion to Extend Time) No. of Notices: 14. Service Date 09/10/2008. (Admin.) (Entered: 09/11/2008) |
| 11/18/2008 | 78 | Adversary case 2:08-ap-01896. Complaint by Sam Leslie Chapter 7 Trustee against Manmohan Singh Biring. (Charge To Estate). Nature of Suit: (41 (Objection / revocation of discharge - 727(c), (d),(e))),(11 (Recovery of money/property - 542 turnover of property)) (Leslie, Sam) (Entered: 11/18/2008) |
| 12/29/2008 | 79 | Motion *for Order (1) Approving Compromise of Controversies with Debtor; and (2) Approving Form of Settlement Agreement and Mutual General Release* Filed by Trustee Sam S Leslie (Attachments: # 1 Part Two) (Leslie, Sam) (Entered: 12/29/2008) |
| | | |

| | | |
|---|---|---|
| 12/29/2008 | 80 | Notice of motion/application *for Order (1) Approving Compromise of Controversies with Debtor; and (2) Approving Form of Settlement Agreement and Mutual General Release* Filed by Trustee Sam S Leslie (RE: related document(s) 79 Motion *for Order (1) Approving Compromise of Controversies with Debtor; and (2) Approving Form of Settlement Agreement and Mutual General Release* Filed by Trustee Sam S Leslie (Attachments: # 1 Part Two) (Leslie, Sam)). (Leslie, Sam) (Entered: 12/29/2008) |
| 01/13/2009 | 81 | Opposition to (related document(s): 79 Motion *for Order (1) Approving Compromise of Controversies with Debtor; and (2) Approving Form of Settlement Agreement and Mutual General Release* filed by Trustee Sam S Leslie -- *Sehgal Medical Corporations Opposition to Trustees Motion for Order: (1) Approving Compromise of Controversies with Debtor; and (2) Approving Form of Settlement Agreement and Mutual General Release* -- Filed by Creditor Sehgal Medical Corporation (Bovitz, J) (Entered: 01/13/2009) |
| 01/20/2009 | 82 | Opposition to (related document(s): 79 Motion *for Order (1) Approving Compromise of Controversies with Debtor; and (2) Approving Form of Settlement Agreement and Mutual General Release* filed by Trustee Sam S Leslie) , *Joinder in Opposition filed by Sehgal Medical Corporation, and Proof of Service* Filed by Creditor Yogesh Dhawan (Lesnick, Matthew) (Entered: 01/20/2009) |
| 01/21/2009 | 83 | Declaration re: *Reply to Opposition Filed by Sehgal Medical Corporation's Opposition to Trustee's Motion for Order: 1) Approving Compromise of Controversies with Debtor; and 2) Approving Form of Settlement Agreement and Mutual Settlement Release* Filed by Trustee Sam S Leslie (RE: related document(s) 81 , Opposition). (Leslie, Sam) (Entered: 01/21/2009) |
| 01/21/2009 | 84 | Declaration re: *of Manmohan S. Biring in Support of Trustee's Motion to Approve Settlement* Filed by Debtor Manmohan Singh Biring (RE: related document(s) 79 Motion *for Order (1) Approving Compromise of Controversies with Debtor; and (2) Approving Form of Settlement Agreement and Mutual General Release*). (Wegman, Barry) (Entered: 01/21/2009) |
| 01/23/2009 | | Hearing Set (RE: related document(s) 79 , Generic Motion filed by Trustee Sam S Leslie) Hearing to be held on 1/27/2009 at 11:00 AM Crtrm 1575, 255 E Temple St., Los Angeles, CA 90012 for 79 , (Garcia, Elaine L.) (Entered: 01/23/2009) |
| | | Hearing Continued (RE: related document(s) 79 GENERIC MOTION filed by Sam S Leslie) Hearing to be held on |

| | | |
|---|---|---|
| 01/28/2009 | | 03/04/2009 at 11:00 AM 255 E. Temple St. Courtroom 1575 Los Angeles, CA 90012 for 79 , (Garcia, Elaine L.) (Entered: 01/28/2009) |
| 03/04/2009 | | Hearing Continued (RE: related document(s) 79 GENERIC MOTION filed by Sam S Leslie) Hearing to be held on 05/06/2009 at 11:00 AM 255 E. Temple St. Courtroom 1575 Los Angeles, CA 90012 for 79 , (Garcia, Elaine L.) (Entered: 03/04/2009) |
| 03/19/2009 | 85 | Adversary case 2:09-ap-01309. Notice of Removal by Arunpal Sehgal . Receipt Number 0, Fee Amount $250 Nature of Suit: (14 (Recovery of money/property - other)) ,(01 (Determination of removed claim or cause)) (Huerta, Gabriela) (Entered: 03/20/2009) |
| 05/06/2009 | | Hearing (Bk Motion) Continued (RE: related document(s) 79 GENERIC MOTION filed by Sam S Leslie) Hearing to be held on 07/15/2009 at 11:00 AM 255 E. Temple St. Courtroom 1575 Los Angeles, CA 90012 for 79 , (Garcia, Elaine L.) (Entered: 05/06/2009) |
| 06/12/2009 | 86 | Adversary case 2:09-ap-01702. Complaint by Manmohan Singh Biring against Arunpal Sehgal, SAM S LESLIE, Sehgal Medical Corporation. (Fee Not Required). Nature of Suit: (14 (Recovery of money/property - other)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(91 (Declaratory judgment)) (Wegman, Barry) (Entered: 06/12/2009) |
| 07/17/2009 | | Hearing (Bk Motion) Continued (RE: related document(s) 79 GENERIC MOTION filed by Sam S Leslie) Hearing to be held on 09/15/2009 at 11:00 AM 255 E. Temple St. Courtroom 1575 Los Angeles, CA 90012 for 79 , (Garcia, Elaine L.) (Entered: 07/17/2009) |
| 09/02/2009 | 87 | Joint/Joinder *Status Report* Filed by Debtor Manmohan Singh Biring. (Wegman, Barry) (Entered: 09/02/2009) |
| 09/09/2009 | 88 | Notice *of Amendment to Terms of Settlement Between Trustee and Debtor and Status Report* Filed by Trustee Sam S Leslie (RE: related document(s) 79 Motion *for Order, 80 Notice of motion/application for Order). (Leslie, Sam) (Entered: 09/09/2009)* |
| | | Hearing (Bk Motion) Continued (RE: related document(s) 79 GENERIC MOTION filed by Sam S Leslie) Hearing to be held on 10/07/2009 at 02:00 PM 255 E. Temple St. Courtroom 1575 |

| | | |
|---|---|---|
| 09/17/2009 | | Los Angeles, CA 90012 for 79 , (Garcia, Elaine L.) (Entered: 09/17/2009) |
| 10/07/2009 | 89 | Notice *of Second Amendment to Terms of Settlement Between Trustee and Debtor and Status Report* Filed by Trustee Sam S Leslie (RE: related document(s) 79 Motion *for Order,* 80 *Notice of motion/application for Order,* 88 *Notice of Amendment to Terms of Settlement Between Trustee and Debtor and Status Report Filed by Trustee Sam S Leslie). (Leslie, Sam) (Entered: 10/07/2009)* |
| 10/08/2009 | | Hearing (Bk Motion) Continued (RE: related document(s) 79 GENERIC MOTION filed by Sam S Leslie) Hearing to be held on 10/13/2009 at 10:00 AM 255 E. Temple St. Courtroom 1575 Los Angeles, CA 90012 for 79 , (Huerta, Gabriela) (Entered: 10/08/2009) |
| 10/23/2009 | 90 | Adversary case 2:09-ap-02502. Complaint by Manmohan Singh Biring, Sunita Biring against Arunpal Sehgal. (Fee Not Required). Nature of Suit: (14 (Recovery of money/property - other)),(91 (Declaratory judgment),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) (Wegman, Barry) (Entered: 10/23/2009) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/26/2009 15:50:44 | | |
| **PACER Login:** | tl0090 | **Client Code:** 24973-004 |
| **Description:** | Docket Report | **Search Criteria:** 2:07-bk-21006-SB Fil or Ent: filed From: 11/28/2007 To: 10/26/2009 Doc From: 0 Doc To: 99999999 Term: included Format: html |
| **Billable Pages:** | 7 | **Cost:** 0.56 |